```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
MICHAEL McKENNA,              :    CIVIL ACTION
WILLIAM McKENNA, and          :
RAYMOND CARNATION             :
                              :
          v.                  :
                              :
CITY OF PHILADELPHIA          :    NOS. 98-5835, 99-1163
```

ORDER

AND NOW, this 7th day of July, 2009, after an evidentiary hearing held May 18, 2009, and upon consideration of the parties' pre- and post-hearing briefing, IT IS HEREBY ORDERED, for the reasons set forth in a Memorandum of today's date, that plaintiff Raymond Carnation is awarded back pay in the amount of $208,781.  Plaintiff Carnation's request for front pay is denied.

Plaintiff Carnation may file a motion seeking to adjust this award to reflect the tax impact of receiving his back pay in a lump sum, as permitted under Eshelman v. Agere Sys., Inc., 554 F.3d 426, 440 (3d Cir. 2009).  Plaintiff Carnation shall file this motion on or before July 20, 2009.  The defendant may respond in the time specified by Local Rule.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.