IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL McKENNA,            :     CIVIL ACTION
WILLIAM McKENNA, and        :
RAYMOND CARNATION           :
                            :
        v.                  :
                            :
CITY OF PHILADELPHIA        :     NOS. 98-5835, 99-1163

MEMORANDUM

McLaughlin, J.                        October 25, 2012


        Before the Court are applications for attorney's fees
in a civil rights case brought against the City of Philadelphia
by three former police officers.  Submissions on the appropriate
attorney's fees to award have come in from attorneys Brian
Puricelli, Theodore Kravitz, and Annette Oakley, from the
plaintiffs filing pro se, and from the defendant City.  The Court
will grant in part the fee requests of attorneys Puricelli,
Kravitz, and Oakley, and deny the fee requests of Beth McKenna
and Cynthia Palamone-McKenna.


I.   Context


        Because the fee applications at issue here come before
the Court via an involved procedural history, before analyzing
the petitions directly, a brief summary of the case and the fee
petitions themselves is appropriate.

A. <u>Background of the Case</u>

The history of this case is reviewed here only in brief because the Court described the summary of events and procedural history of the litigation in detail in its Memorandum of Law describing why a new trial was not appropriate (Docket No. 307).[1]

After an eight-day jury trial on the plaintiffs' claims for retaliation under Title VII, 42 U.S.C. § 2000e, et seq., the jury found in favor of all three plaintiffs and awarded non-pecuniary damages in the amount of $2,000,000 for Raymond Carnation, $3,000,000 for William McKenna, and $5,000,000 for Michael McKenna.  After a subsequent evidentiary hearing, the Court awarded plaintiff Raymond Carnation back pay of $208,781.

The Court then granted the City's motion to limit the jury verdict to $300,000 for each plaintiff under Title VII's statutory cap on non-pecuniary damages, 42 U.S.C. § 1981a(b)(3). Accordingly, the Court entered a final judgment on July 24, 2009, awarding each plaintiff $300,000 in non-pecuniary damages and awarding Raymond Carnation $208,781 in back pay and $46,560 in pre-judgment interest on his back pay award.

After trial and the entry of final judgment, on August 5, 2009, the plaintiffs filed "Plaintiff's Rule 15(b)(2) Motion

---

[1]References to docket entries will relate to case 99-1163, unless otherwise noted.

to Amend the Pleading After Trial, and Motion to Enter Jury Award
of Ten Million Dollars as a Pennsylvania Human Relations Claim
Award and Final Judgment," (Docket No. 282).  That motion argued
that the Court should recognize termination claims for William
and Michael McKenna and a PHRA claim for all plaintiffs, which
would avoid the Title VII statutory cap.  The Court denied that
motion on August 25, 2009 (Docket No. 288), in an Order that
noted the Court had previously addressed the substance of
plaintiffs' arguments on those points in Orders dated May 15,
2007, and July 14, 2009.

On July 23, 2010, the plaintiffs filed a Second Amended
Notice of Appeal (Docket No. 308) and on August 12, 2010, the
City filed a Notice of Cross Appeal (Docket No. 311).  The United
States Court of Appeals for the Third Circuit denied both
parties' appeals in August of 2011.[2]  Accordingly, the Court's
entry of final judgment remained unaltered.

B. <u>History of the Fee Petitions</u>

The parties' positions on the attorney's fees issues
have evolved over time.  The earliest petition for attorney's
fees was filed by attorney Puricelli on May 19, 2008 (Docket No.

------

[2] <u>McKenna v. City of Philadelphia</u>, 649 F.3d 171, 172 n.1 (3d
Cir. 2011) <u>cert. denied,</u> 132 S. Ct. 1918, 182 L. Ed. 2d 773 (U.S.
2012).

169), an updated petition was filed on May 28, 2009 (Docket No. 243), and a Supplemental Petition was filed by Puricelli on November 22, 2011 (Docket No. 334).

In the fee petitions prior to the Supplemental Petition, Puricelli sought fees on behalf of himself as well as his law partner (Thedore Kravitz), another attorney who assisted him with the case (Annette Oakley), and Cynthia Palamone-McKenna and Beth McKenna, who purportedly worked as legal assistants to Puricelli and are each married to one of the plaintiffs.

On October 13, 2011, the plaintiffs filed pro se an Emergency Petition requesting a conference with the Court (Docket No. 321). At that conference, which the Court held on October 21, 2011, the plaintiffs explained that they were terminating Puricelli's representation of them and were concerned about receiving their judgment through Puricelli because of the disputes that had arisen between Puricelli and the plaintiffs.

Specifically, Puricelli contended that the judgment should be disbursed through his law firm or placed in escrow because of an alleged contract that gave Puricelli discretion to accept either the Court awarded attorney's fees or forty percent of the total recovery, meaning attorney's fees combined with the judgment, as fees for his work in the case.[3]

_____

[3]See 10/21/11 Hr'g Tr. at 4 for Puricelli's description of the contract.

4

The plaintiffs disputed the validity of any such contract,[4] and conceded that their interest was solely in obtaining the judgment and that Puricelli would be entitled to any attorney's fees the Court awarded for his efforts.[5]

In order to avoid being placed in the middle of an internal dispute between clients and their attorney, and in order to avoid further delays in the payment of a judgment to plaintiffs who had been litigating the case for years,[6] the Court ordered the City to pay the judgment to the plaintiffs directly and terminated Puricelli's representation of the plaintiffs, but explained that Puricelli could represent his own interests in the case regarding his fee petition.

After that conference with the Court, Puricelli filed his Supplemental Petition, in which he no longer asserted that Kravitz, Oakley, or either legal assistant was entitled to fees. Puricelli expressly mentioned his renunciation of fee claims for

---

[4]See 10/21/11 Hr'g Tr., Pg. 10.

[5]When the Court asked, "[W]ould Mr. Puricelli not be entitled to whatever attorney's fees and costs I'm going to award?" Mr. William McKenna replied, "Right. We agree then. He would get paid by . . . what Your Honor would be . . . awarding him."  10/21/11 Hr'g Tr., Pg. 12.

[6]Specifically, the Court said: "I so much want these plaintiffs to get their money as quickly as possible. And Mr. Puricelli, I can't imagine my relegating them to fight about this with you in State Court. It just doesn't seem fair to say – you know, put it in escrow, and then you're going to fight about it in State Court. It just doesn't seem fair to me. I can't imagine that's the right answer." 10/21/11 Hr'g Tr., Pg. 56.

Kravitz and the two legal assistants in his petition, but removed the application for fees for Oakley without making any direct reference to doing so.

The pro se plaintiffs filed a response on January 19, 2012 (Docket No. 341), arguing that Puricelli had no authority to withdraw the prior fee petitions because his representation of the plaintiffs had terminated so the fee petitions of Kravitz, Oakley, and the legal assistants still remained before the Court. In addition, the pro se plaintiffs highlighted certain entries in the attorney's fee applications that they considered inaccurate.

The defendant City submitted its Response to the Supplemental Fee Petition on January 30, 2012 (Docket No. 344), arguing that nobody except Puricelli should receive fees and that his fees should be significantly reduced.

Puricelli then submitted a reply on April 3, 2012 (Docket No. 360), arguing that Kravitz, Oakley, and the legal assistants could advocate on their own behalf for their fees but that his requested fees were justified.

Attorneys Kravitz and Oakley have since submitted filings to the court advocating for their respective fees. On April 5, 2012, Kravitz submitted a filing regarding his attorney's fees (Docket No. 361). On April 24, 2012, Oakley filed a Motion to Intervene that also laid out her defense of her original attorney's fee petition (Docket No. 363). The City

6

responded to that motion on May 10, 2012 (Docket No. 369) and
Oakley filed a reply on May 18, 2012 (Docket No. 373).

Finally, on May 15, 2012, Puricelli submitted
Plaintiffs' Supplemental Time for Award for Attorney Fees (Docket
No. 372), to which the city filed an objection on May 25, 2012
(Docket No. 374).  Puricelli's filing was unauthorized because it
was filed without leave of the Court after the extensive briefing
on the fee petitions had closed.  In addition, Puricelli's time
report in this latest filing consists of tasks related to his
disputes with his ex-clients and former colleagues.  Accordingly,
for both procedural and substantive reasons, the Court disallows
Puricelli's May 2012 Supplemental Filing and considers the
November 2011 Supplemental Petition the operative fee petition
for Puricelli.


II.  Analysis


Given the history of the fee petitions described above,
although the Court considers the November 2011 Supplemental
Petition to be the operative submission with respect to
Puricelli's fee request, the Court considers the time entries
submitted in the previous fee petitions as the operative requests
for Kravitz, Oakley, and the two legal assistants.

As a threshold matter, the withdrawal or omission of

7

the fee applications of the other parties in Puricelli's Supplemental Petition is not binding on those other parties given that Puricelli's representation of the plaintiffs had been terminated by that time.

Although redundancy is a concern in assessing fee petitions, the Court considers it reasonable that three attorneys would seek fees for presenting the plaintiffs' case.  The attorneys conducted an eight-day jury trial and obtained a favorable verdict for each of the three plaintiffs.  It also bears mentioning that the City had multiple attorneys working on its behalf during the trial and otherwise.

A. <u>Legal Standard</u>

Plaintiffs' right to attorney's fees derives from 42 U.S.C. §2000e-5(k), which permits a district court, in its discretion, to award the "prevailing party" in a Title VII suit "a reasonable attorney's fee."  The standards governing such awards are the same as those for awards governed by 42 U.S.C. §1988, which similarly provides that prevailing parties in civil rights cases may receive "a reasonable attorney's fee." <u>See</u> <u>Hensley v. Eckerhart</u>, 461 US 424, 433 n.7 (1983).

A reasonable attorney fee is one that is, "adequate to attract competent counsel, but which do[es] not produce windfalls to attorneys."  <u>Pub. Interest Research Group of New Jersey, Inc.</u>

8

v. Windall, 51 F.3d 1179, 1185 (3d Cir. 1995).

Here, the plaintiffs are the prevailing party on their Title VII claims, although their efforts to secure a judgment for damages above the statutory cap of Title VII were largely unsuccessful.

To decide the appropriate awards, the next step is to determine what the lodestar is for each by multiplying the number of hours reasonably expended on the litigation by a reasonable hourly rate. Hensley at 433 (1983). The petitioner must submit verified itemization of the hours worked at the rates claimed. Id.

The defendant, if opposing the award, has the burden of challenging the reasonableness of the requested fee. Rode v. Dellarciprete, 892 F.2d 1177, 1183 (3d Cir. 1990). The District Court thereafter has considerable discretion to adjust the fee award in light of those objections. Id.

When reviewing fee applications, the Court conducts "a thorough and searching analysis." Interfaith Cmty. Org. v. Honeywell Int'l, Inc., 426 F.3d 694, 703 (3d Cir. 2005).

B. Kravitz and Oakley Awards

Because the fee petitions for Mr. Kravitz and Ms. Oakley were straightforward in that their requested hourly rates were not disputed and their time entries referred to work done on

the case either before or during the trial, the Court begins by calculating the awards for those attorneys before turning to the more complex issues raised by Mr. Puricelli's fee petition.

With respect to Mr. Kravitz, the Court awards $15,900. This figure was calculated by multiplying 63.3 hours by Kravitz's rate of $250/hour.  The Court excised 6.3 hours from Kravitz's time entries that were dated August of 2006 because the case had not yet been remanded back to the Court from the Third Circuit at that point.

With respect to Ms. Oakley, the Court awards $24,050. This figure was calculated by multiplying 120.25 hours by her $200 hourly rate.  Ms. Oakley's time entries claim 321.30 hours, but the Court excised 198.75 hours that relate to the preparation of a timeline or flowchart that Ms. Oakley was preparing but was never presented at trial[7] and another 2.3 hours because Ms. Oakley billed 9 hours for a meeting with Puricelli that Puricelli's entries list as lasting only 6.7 hours.

The Court considered Ms. Oakley's fee petition and the arguments she made in her Motion to Intervene (Docket No. 363) as well as her Reply (Docket No. 373) to the City's Opposition to her Motion (Docket No. 369).  This Memorandum and Order resolves

---

[7]In her fee petition, Ms. Oakley reported blocks of time and listed multiple tasks for the time.  The Court excised all entries that mentioned the timeline project because the entries are not detailed enough to separate time spent on that project from time spent on otherwise possibly compensable tasks.

the outstanding fee petition issues in the case.  Accordingly,
Ms. Oakley's Motion to Intervene will be denied as moot.


    C.  <u>Fee Petitions of Cynthia Palamone-McKenna and Beth</u>
<u>McKenna</u>

       With respect to the fee petitions of Cynthia Palamone-
McKenna and Beth McKenna, the Court will not award either of them
fees.  Although both fee petitions are submitted as petitions for
fees for work performed as legal assistants, according to her own
affidavit Beth McKenna's background is as a court reporter and
notary public and not as a legal assistant, and the time entries
for both women show the majority of their time was spent
proofreading the plaintiffs' submissions to the Court.  As both
the City and Puricelli himself have noted, there seems to be no
case law supporting the notion that the time spent by
proofreading personnel can be charged to the defendant as
attorney's fees.

       Moreover, the fact that Cynthia Palamone-McKenna and
Beth McKenna are the wives of two of the plaintiffs gives their
work a different character than if they had been disinterested
employees hired by Puricelli to assist with the case.  Although
the Court does not doubt that both women contributed to the
plaintiffs' case, that work was done in a role more akin to an
interested client or volunteer than as a professional legal

11

assistant.  Both Cynthia Palamone-McKenna and Beth McKenna
included attending settlement conferences and the trial in their
time entries.  Such activities are characteristic of an
interested party and not ones that a professional legal assistant
would be included in.

Generally, pro se litigants cannot recover attorneys'
fees.  See Kay v. Ehrler, 499 U.S. 432, 438 (1991); Pitts v.
Vaughn, 679 F.2d 311, 313 (3d Cir. 1982).  Because the role that
Cynthia Palamone-McKenna and Beth McKenna played in this case is
more naturally analogized to that of a pro se litigant than a
professional paralegal, the Court finds that they cannot recover
attorney's fees for their efforts on behalf of their husbands'
case.

Indeed, a general principle when considering attorney's
fees is that "hours that would not generally be billed to one's
own client are not properly billed to an adversary."  Pub. Int.
Research Group of N.J., Inc., 51 F.3d at 1188.  Just as Cynthia
Palamone-McKenna and Beth McKenna would not consider their
husbands obliged to pay Mr. Puricelli for their time spent on the
case, neither will the City be held responsible for compensating
them in the form of attorney's fees.


D. Puricelli Award

Puricelli's Supplemental Petition was much more

12

extensive and raised a number of lodestar issues not present in
the fee petitions for Kravitz and Oakley.  The nature of
Puricelli's fee supplement raises three issues in particular:
unsuccessful claims, unnecessary or excessive work, and the
appropriate hourly rate.  Each of these issues is discussed
below.  Because of the length of Puricelli's fee petition, the
Court will describe in general the principles it applied to these
issues and include in an Appendix a table that lists the Court's
conclusion on each of Puricelli's time entries.

     1. <u>Unsuccessful claims</u>

     Unlike that of Kravitz and Oakley, Puricelli's fee
petition includes a number of entries for work done after the
conclusion of the trial.  That work was largely designed to avoid
the statutory cap on Title VII claims, but ultimately the
plaintiffs were only awarded $300,000 each along with backpay for
Mr. Carnation.  Thus, much of Puricelli's time after the trial
was spent on unsuccessful attempts to avoid the statutory cap
that reduced the original jury award.

     The United States Court of Appeals for the Third
Circuit, interpreting a Supreme Court precedent on the point, has
held that fees should not be awarded for time that would not have
been spent if the unsuccessful claim had not been pursued.  <u>Lanni
v. New Jersey</u>, 259 F.3d 146, 151 (3d Cir. 2001)("The District

Court's downward adjustment was made under the rubric of <u>Hensley</u> <u>v. Eckerhart</u>, 461 U.S. 424, 433-35 (1983), which teaches that where a plaintiff prevails on one or more claims but not on others, fees shall not be awarded for time that would not have been spent had the unsuccessful claims not been pursued. The <u>Hensley</u> Court termed this a downward adjustment for 'limited success.' <u>Id.</u> at 436-37 . . . Accordingly, we find no abuse of discretion in connection with the <u>Hensley</u> reduction of the lodestar for limited success.").

Here, Puricelli's post-trial efforts to increase the plaintiffs' judgment represents time that would not have been spent if the unsuccessful claims in the form of back pay and Pennsylvania Human Relations Act ("PHRA") claims had not been pursued.

Those efforts included the plaintiff's appeal to the Third Circuit, although the Court does award Puricelli for his time spent defending against the defendant City's cross-appeal to the Third Circuit.  For time entries that reflected efforts to both bring the appeal and defend against the City's appeal, the Court excises half of the time and grants an award for the other half.

Accordingly, the Court excises the following time entries for work done on those tasks when calculating Puricelli's award.

14

**Time Spent on Unsuccessful Claims**

| Date of Service | Description | Time Claimed | Comments |
|---|---|---|---|
| 12/15/06 | Start reply to City response [to motion to amend complaint] | 3.4 | W&M Termination |
| 12/18/06 | Edit Reply to City response | 1.2 | W&M Termination |
| 12/18/06 | Conf. w. TMK re: reply | 0.5 | W&M Termination |
| 12/22/06 | Edit convert & File reply to City response re: mo Amend | 2.1 | W&M Termination |
| 5/16/07 | Order n memo in (ECF) re: mo amd-denied copy & distrib to client | 0.4 | W&M Termination |
| 5/17/07 | Legal Research & file review for mo reconsid/ stay | 4.4 | W&M Termination |
| 5/18/07 | Draft mo recon/ omnibus mo | 12.6 | W&M Termination |
| 5/19/07 | Review draft stay mo & reconsid w/TMK | 2.3 | W&M Termination |
| 5/19/07 | Send draft to clients for review comments | 0.3 | W&M Termination |
| 5/22/07 | Client mtg re comments | 3.2 | W&M Termination |
| 5/22/07 | Edit motion | 2.3 | W&M Termination |

| 5/23/07 | Final Edit, convert to pdf & file omnibus mo | 0.5 | W&M Termination |
|---------|---------|-----|-----------------|
| 6/2/07 | Tx from BM re: update-omnibus motion | 0.1 | W&M Termination |
| 6/3/07 | Tx from MM & RC re: update on omnibus motion | 0.2 | W&M Termination |
| 6/11/07 | City Response to omnibus motion in ECF, copy & distribute to clients | 0.4 | W&M Termination |
| 6/12/07 | Review response | 0.5 | W&M Termination |
| 6/12/07 | Review response w/TMK | 0.3 | W&M Termination |
| 6/12/07 | Client tel conf meeting re: City response & any reply | 0.7 | W&M Termination |
| 6/14/07 | Draft reply & legal research for reply | 2.4 | W&M Termination |
| 6/17/07 | Edit draft reply | 3.2 | W&M Termination |
| 6/18/07 | Send draft reply to client & TMK | 0.2 | W&M Termination |
| 6/19/07 | Client conference re: edits to reply | 1.1 | W&M Termination |
| 6/19/07 | Review client & TMK changes w/TMK | 0.5 | W&M Termination |
| 6/20/07 | Final read/edit; convert & file | 1.3 | W&M Termination |

16

| | | | |
|---|---|---|---|
| 11/28/07 | Order/Decision in (ECF), copy, send & review | 0.6 | W&M Termination |
| 12/2/07 | Draft second motion for reconsideration | 2.3 | W&M Termination |
| 12/3/07 | Send draft mo to client for review & input | 0.2 | W&M Termination |
| 12/3/07 | Send second motion to TNK [sic] for review | 0.1 | W&M Termination |
| 12/4/07 | Mtg with clinet & TMK re: reviews for second mo reconsideration | 0.5 | W&M Termination |
| 12/5/07 | Edit reconsideration motion | 0.7 | W&M Termination |
| 12/7/07 | Conform mo to PDF & File ECF second mo for reconsideration | 0.2 | W&M Termination |
| 12/13/07 | Legal research re: mandamus n Draft Mandamus petition | 6.1 | W&M Termination |
| 12/14/07 | Draft mandamus petition, send to clients | 10.5 | W&M Termination |
| 12/15/07 | Client input on mandamus received; edit petition | 2.3 | W&M Termination |
| 12/16/07 | Meet w/TMK re: edits for mandamus | 0.3 | W&M Termination |

| 12/17/07 | Marshall exhibits for Pet mandamus | 1.6 | W&M Termination |
| 12/19/07 | Pet mandamus to clients for review | 0.3 | W&M Termination |
| 12/20/07 | Edit, copy & file 3rd Cir. (450.00) for mandamus | 2.5 | W&M Termination |
| 1/29/08 | Mandamus decision in [sic] denied, advise clients | 0.3 | W&M Termination |
| 5/1/08 | Prep tird [sic] mo limine | 1.7 | W&M Termination |
| 5/1/08 | Send 3rd limine to liens [sic] & TMK & AO or [sic] review | 0.2 | W&M Termination |
| 5/1/08 | Meet with TMK & AO re: 3rd Limine mo | 0.3 | W&M Termination |
| 5/1/08 | Edits to 3rd Limine Mo | 0.6 | W&M Termination |
| 5/4/08 | Edit 3rd Limine mo, conform & file | 0.6 | W&M Termination |
| 5/19/08 | Client contact WM re: case status & next hearing, B/F pay amend matter | 0.5 | W termination |
| 5/19/08 | Client Contact MM re: case status & next hearing, $ issue of B/F pay | 0.3 | M termination |
| 5/21/08 | Legal research mold award to state damage award | 1.2 | PHRA |

| 5/21/08 | Draft motion & MOL for molding award | 2.3 | PHRA |
|---|---|---|---|
| 5/21/08 | Cir draft of reply & mo/mol to client for comment, review wiht client | 0.6 | PHRA |
| 5/22/08 | Edit reply & mo/mol with clients & TMK comments | 0.7 | PHRA |
| 5/22/08 | Email WM re: amd mo for sick chk | 0.01 | W termination |
| 5/22/08 | Draft mo to amend add term for WM | 4.5 | W termination |
| 5/22/08 | Conf w/client & TMK for review on mo amd recon | 0.3 | W termination |
| 5/22/08 | Make changes to mo & recon | 0.8 | W termination |
| 5/22/08 | Conform drafts (mos & mols) to PDF & file | 0.3 | W termination |
| 6/9/08 | Recv & Read City response to PHRA Issue | 1.3 | PHRA |
| 6/9/08 | Client conference, by phone separate, go over City response | 1.6 | PHRA |
| 6/11/08 | Legal research, review D law, do own research to support | 3.4 | PHRA |

| 6/12/08 | Draft Reply | 9.7 | PHRA |
|---------|-------------|-----|------|
| 6/13/08 | Draft Edit | 4.3 | PHRA |
| 6/15/08 | Client review, conference re: draft reply to PRHAC issue | 1.2 | PHRA |
| 6/16/08 | Edit reply w/client & TMK comment, file review with exhibits | 3.6 | PHRA |
| 6/17/08 | Final Edit, review & write to reply PHRA issue, conform & file | 2.7 | PHRA |
| 10/28/08 | Mo for sanction, opp discovery & City mo to dz RC claims | 8.8 | W&M termination, PHRA |
| 10/29/08 | Edit mo reply, send to clerk CP for proofing | 3.4 | W&M termination, PHRA |
| 10/30/08 | Review edits & proof | 0.3 | W&M termination, PHRA |
| 10/31/08 | Final edit & review, conform & file Response | 0.5 | W&M termination, PHRA |
| 11/17/08 | City response to Pltf filings, review | 0.5 | Entry of judgment, W&M termination, PHRA |

| 11/17/08 | Meet with AO re: reply, email reply to clients & discuss with all clients | 0.8 | W&M termination, PHRA |
|----------|------|-----|------|
| 11/17/08 | Assign reply MOL to AO | 0.1 | W&M termination, PHRA |
| 11/18/08 | Review AO reply MOL & send to CP for proofing | 0.4 | W&M termination, PHRA |
| 11/19/08 | Review edits & proofing | 0.2 | W&M termination, PHRA |
| 11/19/08 | Assign AO to edits for mol | 0.1 | W&M termination, PHRA |
| 11/20/08 | Review edits conform & file | 0.2 | W&M termination, PHRA |
| 2/10/09 | Client contact re: Ray Ss dock Bill damages | 0.2 | W termination |
| 2/19/09 | Review 02/25/01 transcript on term issue in WMMC case | 0.5 | W termination |
| 2/20/09 | Legal research re: term amend & prej/delay issues to facts here | 2.3 | W&M termination |
| 2/23/09 | Review prior orders, memos & trans (9/29/01 argument) re: front/back pay all | 2.1 | W&M termination |

| 6/5/09 | Conform supplemental response to City post hearing brief | 0.6 | W&M termination, PHRA |
|---|---|---|---|
| 6/20/09 | Notice in, via ECF, from city, review & advise clients | 0.2 | PHRA |
| 6/21/09 | Read notice & decision, legal research on cases | 2.4 | PHRA |
| 6/21/09 | Client contact (all there) re: Notice & decision discussed, plus reply | 1.3 | PHRA |
| 6/22/09 | Review def documents/trial books & attachment to motion | 3.4 | PHRA |
| 6/22/09 | Draft started for reply to notice | 4.3 | PHRA |
| 6/22/09 | Send draft to be reviewed & edited (Beth & Cynthia) | 0.1 | PHRA |
| 6/22/09 | Draft review returned & reviewed | 0.3 | PHRA |
| 6/23/09 | Edit draft & resent for review, proof & edits (to Cynthia & Beth) | 2.1 | PHRA |

| 6/23/09 | Edit/proofing returned & reviewed, Conformed to PDF, scan exhibits, file | 0.4 | PHRA |
|---------|--------------------------------------------------------------------------|-----|------|
| 6/26/09 | ECF in from City, review memo, review case law cited | 2.1 | PHRA |
| 6/27/09 | Draft reply to City memo on exhaustion, EEOC & Discipline matters | 6.3 | PHRA |
| 6/27/09 | Forward draft to client for comments & to CP & BM for edits | 0.1 | PHRA |
| 6/29/09 | Edits & comments back, edit draft with comment from client | 0.9 | PHRA |
| 6/29/09 | Send draft edited to clients for review & to CY & BM for proofing | 0.1 | PHRA |
| 6/30/09 | Received proofing & comments, edit reply to add additional argument | 1.6 | PHRA |
| 7/1/09 | Review Edits from CP, conform to PDF & file w/Ct through ECF | 0.5 | PHRA |

| 8/2/09 | Meet clients re: post trial motions & appeal; draft post trial motions | 5.5 | Entry of judgment, W&M termination, PHRA |
|---|---|---|---|
| 8/2/09 | Legal research, re 15B mo & more time for PT MOL | 3.2 | W&M termination, PHRA |
| 8/3/09 | Start 15b Mo | 6.8 | W&M termination, PHRA |
| 8/4/09 | Edit mo 15b | 9.7 | W&M termination, PHRA |
| 8/4/09 | Edit 15b mo & send for proofreading (Cynth & Beth) | 2.5 | W&M termination, PHRA |
| 8/5/09 | Review proofing (Cynthia & Beth) on 15b and modify (edit) & file | 3.5 | W&M termination, PHRA |
| 8/6/09 | Work on post-trial Mo. | 4.2 | Entry of judgment, W&M termination, PHRA |
| 8/10/09 | Final review & Edit, File Post trial mo | 2.1 | W&M termination, PHRA |
| 8/16/09 | Draft memo with CP & BM | 10.8 | Entry of judgment, W&M termination, PHRA |

| | | | |
|---|---|---|---|
| 8/17/09 | Edit memo & research law | 12.0 | Entry of judgment, W&M termination, PHRA |
| 8/19/09 | Review Ct transcripts, edit MOL, send draft to clients | 9.4 | Entry of judgment, W&M termination, PHRA |
| 8/20/09 | Clerks office to see file re: minutes & ev Ct wants about PAHRA | 3.5 | Entry of judgment, W&M termination, PHRA |
| 8/20/09 | Confer with clients & staff re: MOL, 1997 PAHRA Amd case | 2.5 | Entry of judgment, W&M termination, PHRA |
| 8/21/09 | BM to Clerk ofc review file - receive status report | 0.5 | W&M termination, PHRA |
| 8/21/09 | Praecipe, re: Pending amd mo - no opp by city | 0.6 | W&M termination, PHRA |
| 8/21/09 | Review client suggs, edit, ret to clients for proof by CP & BM | 8.7 | Entry of judgment, W&M termination, PHRA |
| 8/22/09 | Review file, docket & court transcripts, edit memo | 12.9 | Entry of judgment, W&M termination, PHRA |

| 8/23/09 | Client conf re: MOL to be filed 8/24 | 0.7 | Entry of judgment, W&M termination, PHRA |
|---------|--------------------------------------|-----|------------------------------------------|
| 8/24/09 | Edit Prof back, review edit on Memo, conform to PDF & file | 6.1 | Entry of judgment, W&M termination, PHRA |
| 8/24/09 | City opp to Amd (city) & City posttrial MOL in ECF - send to clients | 0.4 | Entry of judgment, W&M termination, PHRA |
| 8/25/09 | Prepare & file NOA & Amended Notice of Appeal | 0.8 | Entry of judgment, W&M termination, PHRA |
| 8/25/09 | ECF in from Clerk, Re: Notice of Appeal | 0.1 | Entry of judgment, W&M termination, PHRA |
| 9/23/09 | Opening papers, 3c. prepare issues & opening papers | 1.6 | Entry of judgment, W&M termination, PHRA |
| 9/28/09 | ECF Mess in from clerk, re: Appeal docket, review | 0.1 | Entry of judgment, W&M termination, PHRA |

| 10/7/09 | Prepare Transcript Order form | 0.2 | Entry of judgment, W&M termination, PHRA |
| 12/09 | Stay Appeal Order review & inform client | 0.1 | Entry of judgment, W&M termination, PHRA |
| 1/28/10 | ECF in re: Stay appeal order from 3c | 0.1 | Entry of judgment, W&M termination, PHRA |
| 1/28/10 | Advise client of stay order | 0.3 | Entry of judgment, W&M termination, PHRA |
| 7/23/10 | 2nd Amended Notice of Appeal prepared & filed | 0.3 | Entry of judgment, W&M termination, PHRA |
| 8/30/09 (Appeal) | Briefing schedule in, review & inform clients | 0.3 | Entry of judgment, W&M termination, PHRA |
| 9/19/09 (Appeal) | Read DC Decision on PT motoins; read City's PT Motion | 6.9 | Entry of judgment, W&M termination, PHRA |

27

| 9/20/09 (Appeal) | Electronic Legal Research of law, current status, review Court's law | 4.2 | Entry of judgment, W&M termination, PHRA |
|---|---|---|---|
| 9/21/09 (Appeal) | Conform Form of Brief - per ct rule - create brief outline | 3.6 | Entry of judgment, W&M termination, PHRA |
| 9/21/09 (Appeal) | Draft Brief | 12.6 | Entry of judgment, W&M termination, PHRA |
| 9/26/09 (Appeal) | Redline back from Beth, review | 2.1 | Entry of judgment, W&M termination, PHRA |
| 10/1/09 (Appeal) | Edit Draft/Brief | 7.8 | Entry of judgment, W&M termination, PHRA |
| 10/7/09 (Appeal) | Opening papers, prepared, Marshall orders, Decl. done & papers filed | 1.2 | Entry of judgment, W&M termination, PHRA |
| 10/15/09 (Appeal) | Marshall Joint Appendix documents | 4.8 | Entry of judgment, W&M termination, PHRA |

| 10/16/09 (Appeal) | Continue Marshall documents | 3.5 | Entry of judgment, W&M termination, PHRA |
|---|---|---|---|
| 10/19/09 (Appeal) | Organize Joint Appendix for numbering | 5.9 | Entry of judgment, W&M termination, PHRA |
| 10/20/09 (Appeal) | Prepare cover & index for joint appendix, conform master JA | 2.6 | Entry of judgment, W&M termination, PHRA |
| 10/22/09 (Appeal) | Joint Appendix to printer | 0.8 | Entry of judgment, W&M termination, PHRA |
| 10/27/09 (Appeal) | Edit draft | 5.6 | Entry of judgment, W&M termination, PHRA |
| 11/1/09 (Appeal) | Brief work, draft | 12.6 | Entry of judgment, W&M termination, PHRA |
| 11/3/09 (Appeal) | Brief work draft | 9.0 | Entry of judgment, W&M termination, PHRA |

29

| | | | |
|---|---|---|---|
| 11/4/09 (Appeal) | Brief work draft | 10.4 | Entry of judgment, W&M termination, PHRA |
| 11/7/09 (Appeal) | Edit draft | 3.4 | Entry of judgment, W&M termination, PHRA |
| 11/8/09 (Appeal) | Edit Brief & send to Alice | 6.7 | Entry of judgment, W&M termination, PHRA |
| 11/10/09 (Appeal) | Return from Alice, review Edits & add | 2.3 | Entry of judgment, W&M termination, PHRA |
| 11/10/09 (Appeal) | Brief to proofer | 0.1 | Entry of judgment, W&M termination, PHRA |
| 11/11/09 (Appeal) | Review proofs/edit | 1.7 | Entry of judgment, W&M termination, PHRA |
| 11/11/09 (Appeal) | Check current law, print sign | 2.0 | Entry of judgment, W&M termination, PHRA |

| 11/11/09 (Appeal) | Brief to printer/binder | 0.9 | Entry of judgment, W&M termination, PHRA |
|---|---|---|---|
| 11/12/09 (Appeal) | Review brief back, prepare electronic brief | 2.1 | Entry of judgment, W&M termination, PHRA |
| 11/12/09 (Appeal) | Scan JA | 4.2 | Entry of judgment, W&M termination, PHRA |
| 11/12/09 (Appeal) | Electronic filings brief & appendix, service to brief on Ct. & City | 0.9 | Entry of judgment, W&M termination, PHRA |
| 1/6/10 (Appeal) | Printer binding cost reprint Vol 5- deliver by hand | 2.7 | Entry of judgment, W&M termination, PHRA |
| 2/1/11 (Appeal) | Outline for issues & Reply Brief (step 3 brief) | 1.7 | Entry of judgment, W&M termination, PHRA |
| 2/1/11 (Appeal) | Draft step three brief | 4.1 x .5 = 2.05 | Entry of judgment, W&M termination, PHRA |

| | | | |
|---|---|---|---|
| 2/2/11 (Appeal) | Draft step three brief | 3.2 x .5 = 1.6 | Entry of judgment, W&M termination, PHRA |
| 2/3/11 (Appeal) | Draft work on step three brief | 2.7 x .5 = 1.35 | Entry of judgment, W&M termination, PHRA |
| 2/7/11 (Appeal) | Edit draft step three | 8.4 x .5 = 4.2 | Entry of judgment, W&M termination, PHRA |
| 2/7/11 (Appeal) | Sent step three brief for proofing | 0.2 x .5 = 0.1 | Entry of judgment, W&M termination, PHRA |
| 2/10/11 | Proof back, review | 0.4 x .5 = 0.2 | Entry of judgment, W&M termination, PHRA |
| 2/10/11 (Appeal) | Edit, check law, printsign, send to printers | 1.4 x .5 = 0.7 | Entry of judgment, W&M termination, PHRA |
| 2/12/11 (Appeal) | Conform step three, PDF, file step 3 brief | 0.7 x .5 = 0.35 | Entry of judgment, W&M termination, PHRA |

| 7/9/11 (Appeal) | Prep for argument | 4.6 x .5 = 2.8 | Entry of judgment, W&M termination, PHRA |
| 7/10/11 (Appeal) | Prep for argument | 2.3 x .5 = 1.15 | Entry of judgment, W&M termination, PHRA |
| 7/11/11 (Appeal) | Argument portal to portal cost – Train $11.50 | 6.3 x .5 = 3.15 | Entry of judgment, W&M termination, PHRA |
| 8/17/11 (Appeal) | Decision | 0.6 x .5 = 0.3 | Entry of judgment, W&M termination, PHRA |
| 8/17/11 (Appeal) | Client call on decision | 0.4 x .5 = 0.2 | Entry of judgment, W&M termination, PHRA |
| 8/17/11 (Appeal) | Send form of rehearing to client | 0.2 | Entry of judgment, W&M termination, PHRA |
| 9/7/11 (Appeal) | Edit Rehearing Petition, conform add law & file | 1.4 | Entry of judgment, W&M termination, PHRA |

| 9/14/11 (Appeal) | Decision in on rehearing, inform clients | 0.2 | Entry of judgment, W&M termination, PHRA |
|---|---|---|---|
| 9/21/11 (Appeal) | Mandate/Judgment in | 0.1 | Entry of judgment, W&M termination, PHRA |
| Total Time Excised as Unsuccessful | | 414.26 | |

2. <u>Adjustments for unnecessary or excessive work</u>

The Supreme Court has instructed that it is proper to exclude from the lodestar calculation all hours that were not "reasonably expended." <u>Hensley</u>, 461 U.S. at 434, quoting S. Rep. No. 94-1011, p. 6 (1976). These include hours that are "excessive, redundant, or otherwise unnecessary." <u>Hensley</u>, 461 U.S. at 434. <u>See also</u>, <u>McKenna v. City of Philadelphia</u>, 582 F.3d 447, 455 (3d Cir. 2009) ("<u>Hensley</u> instructs that courts are to exclude from the determination of the lodestar any hours not reasonably expended. Hours subject to exclusion under <u>Hensley</u> include those deemed excessive, redundant, or otherwise unnecessary." (internal citations and quotations omitted)).

Here, the Court finds that several of Puricelli's

time entries reflect hours that are excessive or redundant.
The plaintiff filed numerous motions for reconsideration
that essentially tried to re-litigate settled issues, such
as the judgments limiting the jury award.  As noted in the
Appendix, such time entries are excised on both the grounds
that they were excessive and because they were
unsuccessful.

          The plaintiffs also brought a series of frivolous
motions during the case.  Examples of such motions include
ones that alleged misconduct by the City without any basis
and others that quoted a seemingly random IRS employees to
make a misguided point about the City's pursuit of tax
information for Mr. Carnation.  The City already spent time
responding to these unnecessary motions and should not now
be responsible for compensating Puricelli for the hours he
spent working on them.  Accordingly, the Court excises
those time entries as excessive and redundant.

          Finally, the Court recognizes that the pro se
plaintiffs dispute a handful of Puricelli's entries where
he billed time for things like client meetings the
plaintiffs contend did not occur.  Although the Court
appreciates the pro se plaintiffs' views, the Court accepts
Puricelli's entries as reflecting time he actually worked

35

unless there is a discrepancy with court records.  Entries
with such discrepancies, which include entries dated before
the case was remanded to this Court and time entries
related to a court conference that was not scheduled, will
be excised by the Court as excessive.

The following table lists the entries the Court
excises as for being excessive. The entries listed in
italics are also excluded on the basis that the work
related to claims that were unsuccessful.

**Time Excised as Excessive**

| Date of Service | Description | Time Claimed | Comments |
|---|---|---|---|
| 8/11/06 | Client WM conferences | 4.8 | Pre-remand, not atty |
| 8/11/06 | Meet w/Ted Kravitz (partner) re case in | 1.6 | Pre-remand, not atty |
| 8/12/06 | Review Doc | 12.9 | Pre-remand, not atty |
| 8/13/06 | Review Doc | 10.7 | Pre-remand, not atty |
| 8/14/06 | Review Doc | 10.1 | Pre-remand, not atty |
| 8/15/06 | Review Doc | 8.3 | Pre-remand, not atty |
| 8/16/06 | Review Doc | 4.1 | Pre-remand, not atty |

| 8/18/06 | Meet w/TMK re review of doc | 2.5 | Pre-remand, not atty |
|---------|------------------------------|------|----------------------|
| 8/19/06 | Meet w/Michael McKenna | 5.3 | Pre-remand, not atty |
| 8/19/06 | Meet TMK re: 2d client, pos conflict a trial issues | 3.7 | Pre-remand, not atty |
| 8/19/06 | Review Doc | 14.8 | Pre-remand, not atty |
| 8/20/06 | Review Doc | 9.7 | Pre-remand, not atty |
| 8/24/06 | Review Doc | 8.2 | Pre-remand, not atty |
| 8/25/06 | Review Doc | 11.4 | Pre-remand, not atty |
| 8/26/06 | Meet w/Ray Carnation | 4.9 | Pre-remand, not atty |
| 8/27/06 | Review Doc | 5.8 | Pre-remand, not atty |
| 8/28/06 | Review Doc | 6.6 | Pre-remand, not atty |
| 8/29/06 | Review 3rd Cir decision memorandum | 1.2 | Pre-remand, not atty |
| 9/11/06 | Prep subpoena paperwork | 0.3 | Different lawsuit |
| 12/2/07 | Draft 2nd Motion for reconsideration | 2.3 | Multiple reconsid. requests |

| | | | |
|---|---|---|---|
| *12/3/07* | *Send draft mo to client for review & input* | *0.2* | *Multiple reconsid. requests* |
| *12/3/07* | *Send 2nd motion to TMK for review* | *0.1* | *Multiple reconsid. requests* |
| *12/4/07* | *Mtg w/client & TMK re: reviews for 2nd mo reonsiderati on* | *0.5* | *Multiple reconsid. requests* |
| *12/5/07* | *Edit reconsiderat ion motion* | *0.7* | *Multiple reconsid. requests* |
| *12/7/07* | *Conform mo to PDF & File ECF 2nd mo for reconsiderat ion* | *0.2* | *Multiple reconsid. requests* |
| 12/12/07 | Order in re: 2nd mo reconsiderat ion, review & send to clients & TMK | 0.3 | Multiple reconsid. requests |
| 12/13/07 | Post mtg w/clients in office re: conf call & mandamus | 1.4 | Excessive/ unnecessary |

| 12/13/07 | *Legal research re: mandamus & draft Mandamus petition* | *6.1* | *Excessive/ unnecessary* |
|----------|----------|----------|----------|
| *12/14/07* | *Draft mandamus petition, send to clients* | *10.5* | *Excessive/ unnecessary* |
| *12/15/07* | *Client input on mandamus received, edit petition* | *2.3* | *Excessive/ unnecessary* |
| *12/16/07* | *Meet w/TMK re: edits for mandamus* | *0.3* | *Excessive/ unnecessary* |
| *12/17/07* | *Marshall exhibits for Pet mandamus* | *1.6* | *Excessive/ unnecessary* |
| *12/19/07* | *Pet mandamus to clients for review* | *0.3* | *Excessive/ unnecessary* |
| *12/20/07* | *Edit, copy & file 3rd Cir. for mandamus* | *2.5* | *Excessive/ unnecessary* |
| *1/29/08* | *Mandamus decision denied; advise clients* | *0.3* | *Excessive/ unnecessary* |
| 2/23/08 | Prepare for final pretr. conf. | 1.9 | Docket shows no conf. |

| 2/24/08 | Final pretrial conf. | 5.3 | Docket shows no conf. |
|---------|----------------------|-----|------------------------|
| 5/1/08 | Prep tird [sic] mo limine | 1.7 | Multiple reconsid. requests |
| 5/1/08 | Send 3rd limine to clients & TMK & AO for review | 0.2 | Multiple reconsid. requests |
| 5/1/08 | Meet w/TMK & AO re: 3rd limine motion | 0.3 | Multiple reconsid. requests |
| 5/1/08 | Edits to 3rd Limine Mo | 0.6 | Multiple reconsid. requests |
| 5/4/08 | Edits to 3rd Limine Mo | 0.6 | Multiple reconsid. requests |
| 5/22/08 | Email WM re: amd mo for sick chk | 0.01 | Multiple reconsid. requests |
| 5/22/08 | Draft mo to amend add term for WM | 4.5 | Multiple reconsid. requests |
| 5/22/08 | Conf w/client & TMK for review on mo and recon | 0.3 | Multiple reconsid. requests |
| 5/22/08 | Make changes to mo amd recon | 0.8 | Multiple reconsid. requests |

| 5/22/08 | Conform drafts (mos & mols) to PDF & file | 0.3 | Multiple reconsid. requests |
| 7/10/08 | Draft Motion, Declarations | 6.9 | Unnecessary, frivolous (IRS discovery issues) |
| 7/10/08 | Tx from RC&WM & email from CP re IRS visit | 0.4 | Unnecessary, frivolous (IRS discovery issues) |
| 7/11/08 | Meet w/RC re: IRS visit & Dec | 1.2 | Unnecessary, frivolous (IRS discovery issues) |
| 7/12/08 | Edit Motion & Draft MOL | 6.9 | Unnecessary, frivolous (IRS discovery issues) |
| 7/13/08 | Review edit by clients, TMK & CP edit MOL, MO | 0.4 | Unnecessary, frivolous (IRS discovery issues) |
| 7/13/08 | Conduct legal research & edit MO | 4.4 | Unnecessary, frivolous (IRS discovery issues) |
| 7/14/08 | Final review & edit of MO, MOL & conform Exhibits | 2.8 | Unnecessary, frivolous (IRS discovery issues) |

| 7/14/08 | File MO, MOL & exhs, ECF Receipt to file | 0.2 | Unnecessary, frivolous (IRS discovery issues) |
|---------|------------------------------------------|-----|-----------------------------------------------|
| 7/14/08 | Dec from WM McK | 0.3 | Unnecessary, frivolous (IRS discovery issues) |
| 7/31/08 | Mo for sanction from City, review | 0.7 | Unnecessary, frivolous (IRS discovery issues) |
| 7/31/08 | Call each client advised each of sanction discuss w/each | 0.8 | Unnecessary, frivolous (IRS discovery issues) |
| 7/31/08 | Check law, legal research, & draft Reply to Response | 0.7 | Unnecessary, frivolous (IRS discovery issues) |
| 8/13/08 | Legal Research (assign AO) | 0.2 | Unnecessary, frivolous (IRS discovery issues) |
| 8/13/08 | Legal research by AO | 3.5 | Unnecessary, frivolous (IRS discovery issues) |

| | | | |
|---|---|---|---|
| 8/14/08 | Conf AO re legal research result & assign draft reply | 0.2 | Unnecessary, frivolous (IRS discovery issues) |
| 8/15/08 | Review draft, forward to clerk for proofing | 1.3 | Unnecessary, frivolous (IRS discovery issues) |
| 8/16/08 | Review edits by clerk CP | 0.5 | Unnecessary, frivolous (IRS discovery issues) |
| 8/16/08 | AO final write | 2.3 | Unnecessary, frivolous (IRS discovery issues) |
| 8/16/08 | Meet w/AO, assign final write for reply | 0.2 | Unnecessary, frivolous (IRS discovery issues) |
| 8/17/08 | Review final write, conform & file | 1.1 | Unnecessary, frivolous (IRS discovery issues) |
| 8/22/08 | ECF in from City re: response to Reply, review | 0.7 | Unnecessary, frivolous (IRS discovery issues) |

| 8/22/08 | Meet w/AO re: reply by City, call clients & email copies | 0.4 | Unnecessary, frivolous (IRS discovery issues) |
|---|---|---|---|
| 10/27/08 | Prep & send request conference made to ct | 0.3 | Unnecessary, frivolous (IRS discovery issues) |
| *10/28/08* | *Mo for sanction, opp discovery & City mo to dz RC claim* | *8.8* | *Multiple reconsid. requests* |
| *10/29/08* | *Edit mo reply, send to clerk CP for proofing* | *3.4* | *Multiple reconsid. requests* |
| *10/30/08* | *Review edits & proof* | *0.3* | *Multiple reconsid. requests* |
| *10/31/08* | *Final edit & review, conform & file Response* | *0.5* | *Multiple reconsid. requests* |
| 11/7/08 | City reply brief to Pltf mo discovery & sanction, reviewed | 0.3 | Unnecessary, frivolous (IRS discovery issues) |

| 11/7/08 | Email reply city reply to clients | 0.1 | Unnecessary, frivolous (IRS discovery issues) |
|---------|-----------------------------------|-----|------------------------------------------------|
| 11/8/08 | Discuss city reply w/all clients | 1.3 | Unnecessary, frivolous (IRS discovery issues) |
| 11/8/08 | Discuss City reply w/AO re: check law | 0.2 | Unnecessary, frivolous (IRS discovery issues) |
| 11/8/08 | AO legal research | 1.2 | Unnecessary, frivolous (IRS discovery issues) |
| 11/9/08 | Meet w/AO re: research result | 0.3 | Unnecessary, frivolous (IRS discovery issues) |
| 11/9/08 | Assign memo re sanction discovery, etc. | 0.2 | Unnecessary, frivolous (IRS discovery issues) |
| 11/11/08 | Memo to CP for proofing re discovery issue | 0.1 | Unnecessary, frivolous (IRS discovery issues) |

| 11/12/08 | Review edits & proofing, conform & file | 0.7 | Unnecessary, frivolous (IRS discovery issues) |
|---|---|---|---|
| *11/17/08* | *City response to Pltf filings, review* | *0.5* | *Unnecessary, frivolous (IRS discovery issues)* |
| *11/17/08* | *Meet w/AO re reply, email reply to clients & discuss w/all clients* | *0.8* | *Unnecessary, frivolous (IRS discovery issues)* |
| *11/17/08* | *Assign reply MOL to AO* | *0.1* | *Unnecessary, frivolous (IRS discovery issues)* |
| *11/18/08* | *Review AO reply MOL & send to CP for proofing* | *0.4* | *Unnecessary, frivolous (IRS discovery issues)* |
| *11/19/08* | *Review edits & proofing* | *0.2* | *Unnecessary, frivolous (IRS discovery issues)* |

| 11/19/08 | *Assign AO to edits for mol* | *0.1* | *Unnecessary, frivolous (IRS discovery issues)* |
|---|---|---|---|
| 11/20/08 | *Review edits, conform & file* | *0.2* | *Unnecessary, frivolous (IRS discovery issues)* |
| 2/19/09 | *Review 2/25/01 transcript on term issue in WMMC* | *0.5* | *Multiple reconsid. requests* |
| 2/20/09 | *Legal research re: term amend & prej/delay issues to facts here* | *2.3* | *Multiple reconsid. requests* |
| 7/30/09 | Drfat sur reply, send to proof reader | 6.8 | Unnecessary, frivolous (unauthorized surreply) |
| 7/31/09 | Work on sur reply | 3.6 | Unnecessary, frivolous (unauthorized surreply) |
| 7/31/09 | Complete work of surreply, reconsider & reuse [sic] motion | 3.5 | Unnecessary, frivolous (unauthorized surreply) |

| | | | |
|---|---|---|---|
| *8/2/09* | *Leg res re 15B Mot & More Time for PT MOL* | *3.2* | *Multiple reconsid. requests* |
| *8/3/09* | *Start 15B motion* | *6.8* | *Multiple reconsid. requests* |
| *8/4/09* | *Edit Mo 15B* | *9.7* | *Multiple reconsid. requests* |
| *8/4/09* | *Edit 15b mo & send for proofing (Cynth & Beth)* | *2.5* | *Multiple reconsid. requests* |
| *8/5/09* | *Review proofing (Cynthia & Beth) on 15b & modify (edit) & file* | *3.5* | *Multiple reconsid. requests* |
| 9/18/09 | Prepare draft response to City reply | 2.6 | Unnecessary, frivolous (motion to strike reply brief) |
| 9/18/09 | Draft to proofer | 0.1 | Unnecessary, frivolous (motion to strike reply brief) |
| 9/23/09 | Draft back, review | 0.2 | Unnecessary, frivolous (motion to strike reply brief) |

| 9/24/09 | Final edit & review of Response to City Reply, conform to PDF & file | 0.6 | Unnecessary, frivolous (motion to strike reply brief) |
|---|---|---|---|
| 4/15/10 | ECF in: Clk notice, arg 6-2 | 0.2 | Unknown reference |
| 5/13/10 | ECF in Clerk notice - argument 6/2 | 0.1 | Unknown reference |
| 5/13/10 | ECF notice in from City EE, unavailable, advise clients | 0.4 | Unknown reference |
| 5/14/10 | Ltr to ct, objection to moving argument | 1.1 | Unknown reference |
| 12/6/10 (Appeal) | Printer binding cost reprint Vol 5, deliver by hand | 2.7 | Result of BP error |
| 10/13/11 | ECF in pro se pet for hearing | 0.3 | Attorney and client internal dispute |
| 10/13/11 | Prepare supple status report | 0.3 | Attorney and client internal dispute |

| 10/14/11 | Review Supp Status report, conform & file | 0.2 | Attorney and client internal dispute |
| 10/14/11 | ECF in City Suppl Status report, read | 0.1 | Attorney and client internal dispute |
| 10/19/11 | ECF in pro se supple status | 0.1 | Attorney and client internal dispute |
| 10/19/11 | Prepare, edit, conform & file reply to city status report | 0.5 | Attorney and client internal dispute |
| 10/25/11 | Order in, read re: pro se have ECF access/use | 0.1 | Attorney and client internal dispute |
| Total Time Considered Excessive | | 281.11 | |
| Total Incremental Time Excised | | 200.1 | |

### 3. Appropriate hourly rate

In his Supplemental Fee Petition, Puricelli wrote
that his billing rate is $450 an hour for all work, but
calculated his fee request using different rates for trial

50

and non-trial time in his accompanying spreadsheet.  The
City in its response argued that Puricelli's fee should be
calculated using three different rates depending on the
type of work performed and that time spent on clerical work
should not be compensated at all.

Third Circuit case law supports the application of
different rates for the same attorney to account for the
completion of different types of tasks.  See Lindy Bros.
Builders, Inc. v. American Radiator & Standard Sanitary
Corp., 487 F.2d 161, 167 (3d Cir.1973) ("[T]he court may
find that the reasonable rate of compensation [for an
attorney] differs for different activities."); In re Fine
Paper Antitrust Litig., 751 F.2d 562, 591-93 (3d Cir.1984)
(awarding associates' rates for tasks performed by partners
but which were typically performed by associates or
paralegals); Ursic v. Bethlehem Mines, 719 F.2d 670, 677
(3d Cir.1983) ("Michelangelo should not charge Sistine
Chapel rates for painting a farmer's barn.").

Here, the Court applies a rate of $450 per hour for
Puricelli's trial time and $350 per hour for non-trial
time. Puricelli's rate of $450 per hour was supported in a
declaration by Alice Ballard, who noted that she practices
in the field, had reviewed the relevant documents in the

51

case, and concluded that $450 per hour was appropriate and consistent with the market rate.[8]

These rates are also largely in line with what other courts have awarded to Puricelli.  See Bucceroni v. City of Philadelphia, 2006 U.S. Dist. LEXIS 85559 at *13-15 (E.D. Pa. Nov. 27, 2006), (Judge Sanchez awarded Mr. Puricelli $400 per hour solely for trial-related time, $300 per hour for all but work which the Court deemed should have been performed by a paralegal or junior associate, and $100 per hour for such work); McKenna v. City of Philadelphia, 2008 WL 4435939 at *10 (E.D. Pa. Sept. 30, 2008) aff'd, 582 F.3d 447 (3d Cir. 2009) ("I conclude that the following hourly rates, alternatively requested by counsel, are appropriate: for Mr. Puricelli, $400 an hour for work in court and $300 an hour for trial-preparation work . . . Those rates are suitable for Mr. Puricelli's trial work and his work as a lawyer, but $150 per hour, as awarded by Judge Hart, is the proper rate for his clerical work, waiting time, and for Mr. Kravitz's clerical work.").

---

[8]The Court was not persuaded by the City's argument that the Ballard declaration was not properly signed and therefore considered the substance of the declaration in determining Puricelli's appropriate hourly rate.

4. Computation of Award

After excising the time entries for claims that were unsuccessful and work that was excessive from Puricelli's fee petition, the Court finds that Puricelli reported 83.45 hours of allowable trial time and 954.2 hours of allowable non-trial time.

Applying the hourly rates of $450/hour for trial work and $350/hour for non-trial work to these totals yields a total award of $371,522.50.

The Appendix that accompanies this memorandum shows the Court's conclusion on each of Puricelli's time entries and provides greater detail on the calculation of the award.

Puricelli requested a three times multiplier because he represented three plaintiffs, but cited no statute or case law to support that request.  The Court finds no basis to award Puricelli treble fees for representing three plaintiffs.

Puricelli's request for treble fees could be interpreted as an enhancement above the lodestar calculation for the quality of his representation.  Such quality enhancements are only to be awarded in "rare" and

53

"exceptional" circumstances.  <u>Perdue v. Kenny A. ex rel.</u>
<u>Winn</u>, 130 S. Ct. 1662, 1667 (2010).

Indeed, the Supreme Court has instructed that there
is a "strong presumption" that the lodestar figure is
sufficient.  <u>City of Burlington v. Dague</u>, 505 U.S. 557, 562
(1992).

Here, the Court finds that were no circumstances
present to justify a quality or performance enhancement for
Puricelli or any of the other plaintiff attorneys.

Likewise, the Court declines to award any delay
damages because the Supreme Court has stressed that an
attorney seeking compensation through fee-shifting
"presumably understands that payment of fees will generally
not come until the end of the case" and that delays are
considered in setting the attorney's hourly rate.  <u>Perdue</u>
at 1675.


IV.  <u>Conclusion</u>

The Court denies the fee requests of Beth McKenna
and Cynthia Palamone-McKenna and awards Theodore Kravitz
$15,900, Annette Oakley $24,050, and Brian Puricelli
$371,522.50 in attorney's fees.

54

Because of the rift between the attorneys and the pro se plaintiffs as well as disputes among the three attorneys, and because the Court ordered the judgment to be paid to the plaintiffs directly, the Court will direct the City to pay the above amounts to each of the attorneys directly.

An appropriate order follows.

**Appendix**

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 8/11/2006 | | Client WM conferences | 4.80 | NT | N | Y | 0 | $350 | $0.00 |
| 8/11/2006 | | Meet w/ Ted Kravitz(TMK) re: case | 1.60 | NT | N | Y | 0 | $350 | $0.00 |
| 8/12/2003 | | Review doc | 12.90 | NT | N | Y | 0 | $350 | $0.00 |
| 8/13/2006 | | Review doc | 10.70 | NT | N | Y | 0 | $350 | $0.00 |
| 8/14/2006 | | Review doc | 10.10 | NT | N | Y | 0 | $350 | $0.00 |
| 8/15/2006 | | Review doc | 8.30 | NT | N | Y | 0 | $350 | $0.00 |
| 8/16/2006 | | Review doc | 4.10 | NT | N | Y | 0 | $350 | $0.00 |
| 8/18/2006 | | Meet w/TMK review doc | 2.50 | NT | N | Y | 0 | $350 | $0.00 |
| 8/19/2006 | | Meet w/ Mike McKenna | 5.30 | NT | N | Y | 0 | $350 | $0.00 |
| 8/19/2006 | | Meet w/TMK pre-2[nd] client, poss. trial conflict issues | 3.70 | NT | N | Y | 0 | $350 | $0.00 |
| 8/19/2006 | | Review doc | 14.80 | NT | N | Y | 0 | $350 | $0.00 |
| 8/20/2006 | | Review doc | 9.70 | NT | N | Y | 0 | $350 | $0.00 |
| 8/24/2006 | | Review doc | 8.20 | NT | N | Y | 0 | $350 | $0.00 |
| 8/25/2006 | | Review doc | 11.40 | NT | N | Y | 0 | $350 | $0.00 |
| 8/26/2006 | | Meet w/Ray Carnation | 4.90 | NT | N | Y | 0 | $350 | $0.00 |
| 8/27/2006 | | Review doc | 5.80 | NT | N | Y | 0 | $350 | $0.00 |
| 8/28/2006 | | Review doc | 6.60 | NT | N | Y | 0 | $350 | $0.00 |
| 8/29/2006 | | Review 3rd Cir. decision memorandum | 1.20 | NT | N | Y | 0 | $350 | $0.00 |
| 9/2/2006 | | Meet w/ TMK re: case needs, costs, strategy | 2.30 | NT | N | N | 2.3 | $350 | $805.00 |
| 9/3/2006 | | Prep & enter app w/trial ct. | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |

**Appendix**

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 9/3/2006 | | Speak w/WM re: case direction apr filed | 0.30 | **NT** | **N** | **N** | **0.3** | **$350** | **$105.00** |
| 9/3/2006 | | Speak w/Andy Erba re: prior rep of C Palamore & witnesses | 0.30 | **NT** | **N** | **N** | **0.3** | **$350** | **$105.00** |
| 9/8/2006 | | Meet w/ WM & RC re: records & evdc needed | 3.50 | **NT** | **N** | **N** | **3.5** | **$350** | **$1,225.00** |
| 9/8/2006 | | Speak w/MM re: records & evdc needed | 1.20 | **NT** | **N** | **N** | **1.2** | **$350** | **$420.00** |
| 9/9/2006 | | Client conf: rec review, case strategy, video tapes | 14.30 | **NT** | **N** | **N** | **14.30** | **$350** | **$5,005.00** |
| 9/11/2006 | | Investigation-speak w/witness M. Thompson | 1.20 | **NT** | **N** | **N** | **1.2** | **$350** | **$420.00** |
| 9/11/2006 | | Investigation-potential witness John Devore | 0.70 | **NT** | **N** | **N** | **0.7** | **$350** | **$245.00** |
| 9/11/2006 | | Conf w/MM re:medical evdc needed, prior agency matters | 3.50 | **NT** | **N** | **N** | **3.5** | **$350** | **$1,225.00** |
| 9/11/2006 | | Prep subp for work records | 0.30 | **NT** | **N** | **Y** | **0** | **$350** | **$0.00** |
| 9/12/2006 | | Records Marshall & review MM agency recs | 10.40 | **NT** | **N** | **N** | **10.4** | **$350** | **$3,640.00** |
| 9/13/2006 | | Contact & ltr atty Borjeson Re:RC wc rec | 0.30 | **NT** | **N** | **N** | **0.3** | **$350** | **$105.00** |
| 9/13/2006 | | Contact A.Erba re: recs, exhibits, meetings for doc review (trial prep) | 0.30 | **NT** | **N** | **N** | **0.3** | **$350** | **$105.00** |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|------|--------|-------------|-------------|------|------------------------------|-----------------------------|-----------------|---------------------|---------------|
| 9/13/2006 | | Appearances for RC & MM prepared, filed | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 9/14/2006 | | Doc review, case file prep | 12.30 | NT | N | N | 12.3 | $350 | $4,305.00 |
| 9/15/2006 | | Doc review, case file prep | 10.00 | NT | N | N | 10 | $350 | $3,500.00 |
| 9/16/2006 | | Doc review, case file prep | 4.00 | NT | N | N | 4 | $350 | $1,400.00 |
| 9/17/2006 | | Doc review, case file prep | 9.40 | NT | N | N | 9.4 | $350 | $3,290.00 |
| 9/18/2006 | | Communication A.Erba-review, cont review of depositions | 4.30 | NT | N | N | 4.3 | $350 | $1,505.00 |
| 9/16/2006 | | Cont review of deps | 4.00 | NT | N | N | 4 | $350 | $1,400.00 |
| 9/20/2006 | | Meet w/Erba to discuss Case | 4.30 | NT | N | N | 4.3 | $350 | $1,505.00 |
| 9/20/2006 | | Cont review of deps | 6.70 | NT | N | N | 6.7 | $350 | $2,345.00 |
| 9/23/2006 | | Cont review of trial transcripts and deps | 5.90 | NT | N | N | 5.9 | $350 | $2,065.00 |
| 9/24/2006 | | Cont review deps & agency transcript | 7.80 | NT | N | N | 7.8 | $350 | $2,730.00 |
| 9/28/2006 | | Order in, re: tel conf on 10/20 | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 9/28/2006 | | Tel call all clients re: tel Conf | 0.40 | NT | N | N | 0.4 | $350 | $140.00 |
| 9/29/2006 | | Review all docket entries both cases 89 & 99 | 1.90 | NT | N | N | 1.9 | $350 | $665.00 |
| 10/18/2006 | | Withdrawals in (ECF) Review | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 10/20/2006 | | Client meeting | 1.20 | NT | N | N | 1.2 | $350 | $420.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|------|--------|-------------|--------------|------|------------------------------|-----------------------------|-----------------|----------------------|---------------|
| 10/20/2006 | | Tel conf (ct. clerk) re:issues & brf schl | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 10/20/2006 | | Meet w/client re:conf call | 5.00 | NT | N | N | 5 | $350 | $1,750.00 |
| 10/21/2006 | | Review complaint 3rd Cir opinion & appeal papers for trial issues | 5.70 | NT | N | N | 5.7 | $350 | $1,995.00 |
| 10/22/2006 | | Client conf re: trial issues | 3.50 | NT | N | N | 3.5 | $350 | $1,225.00 |
| 10/24/2006 | | Order in 2nd tel conf (ECF) for 12-13 | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 10/25/2006 | | Appre in ECF GV | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 10/25/2006 | | Tx to Ct clerk re: order Error | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 10/25/2006 | | Order in(amend ord) EFC | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 10/31/2006 | | EFC-withdrawal-review | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 11/5/2006 | | Client contacts, conf re: trial issues | 3.20 | NT | N | N | 3.2 | $350 | $1,120.00 |
| 11/13/2006 | | City brf in EFC-copy & Distribute | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 11/13/2006 | | Tel Erba re: City brf | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 11/13/2006 | | Review brf, legal research | 0.80 | NT | N | N | 0.8 | $350 | $280.00 |
| 11/14/2006 | | Review 3rd Cir opinion & Complaints | 1.80 | NT | N | N | 1.8 | $350 | $630.00 |
| 11/15/2006 | | Start draft reply | 10.50 | NT | N | N | 10.5 | $350 | $3,675.00 |
| 11/16/2006 | | Edit reply & draft mo recon to amend | 4.40 | NT | N | N | 4.4 | $350 | $1,540.00 |
| 11/17/2006 | | Cont w/reply & mo w/amd Complaint | 5.10 | NT | N | N | 5.1 | $350 | $1,785.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 11/17/2006 | | Review brf, mo & complaint w/clients | 3.70 | NT | N | N | 3.7 | $350 | $1,295.00 |
| 11/18/2006 | | Edit draft w/client imput | 4.70 | NT | N | N | 4.7 | $350 | $1,645.00 |
| 11/28/2006 | | Review brf, mo & complaint w/TMK | 3.30 | NT | N | N | 3.3 | $350 | $1,155.00 |
| 11/29/2006 | | Edit brf, mo & complaint | 1.90 | NT | N | N | 1.9 | $350 | $665.00 |
| 11/30/2006 | | Review proposed brf, mo & complaint w/clients | 1.00 | NT | N | N | 1 | $350 | $350.00 |
| 12/1/2006 | | Final edit reply, convert to PDF & file | 0.50 | NT | N | N | 0.5 | $350 | $175.00 |
| 12/13/2006 | | ECF in- City reply to mo, copy & sent to client & TMK | 0.40 | NT | N | N | 0.4 | $350 | $140.00 |
| 12/13/2006 | | Reiew reply w/TMK | 0.60 | NT | N | N | 0.6 | $350 | $210.00 |
| 12/14/2006 | | ECF in-appr of M. Foley | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 12/14/2006 | | ECF in-appr of Dexter Hamilton | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 12/14/2006 | | Client conf re:response by City & appr for City | 0.70 | NT | N | N | 0.7 | $350 | $245.00 |
| 12/15/2006 | | Start reply to City response | 3.40 | NT | Y | N | 0 | $350 | $0.00 |
| 12/18/2006 | | Edit reply | 1.20 | NT | Y | N | 0 | $350 | $0.00 |
| 12/18/2006 | | Conf w/TMK re: reply | 0.50 | NT | Y | N | 0 | $350 | $0.00 |
| 12/22/2006 | | Order in-re: rep parties | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 12/22/2006 | | Call clients advise of order | 0.60 | NT | N | N | 0.6 | $350 | $210.00 |

5

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 12/22/2006 | | Edit, convert & file reply to City response re: mo amend | 2.10 | NT | Y | N | 0 | $350 | $0.00 |
| 12/28/2006 | | Client contact re:pending court motions & matters | 0.50 | NT | N | N | 0.5 | $350 | $175.00 |
| 1/9/2007 | | Client contact MM re: update of case | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 1/11/2007 | | Client contact BM re: update of case | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 1/19/2007 | | Client contact RC re: update of case | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 2/1/2007 | | Client contact MM re: update of case | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 2/11/2007 | | Client contact BM re: update of case | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 2/15/2007 | | Client contact RC re: update of case | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 3/22/2007 | | Client meeting re: trial Strategy | 5.60 | NT | N | N | 5.6 | $350 | $1,960.00 |
| 3/23/2007 | | Meeting w/TMK re: trial Strategy | 1.40 | NT | N | N | 1.4 | $350 | $490.00 |
| 3/26/2007 | | Meeting w/Erba re: trial strategy, pending mo & trial issue brf's | 1.40 | NT | N | N | 1.4 | $350 | $490.00 |
| 3/26/2007 | | Order in ECF re: party contact issue | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 3/26/2007 | | Call clients re: order in | 0.40 | NT | N | N | 0.4 | $350 | $140.00 |

6

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 4/1/2007 | | Contact clients schl conf | 0.30 | **NT** | **N** | **N** | **0.3** | **$350** | **$105.00** |
| 4/2/2007 | | Meet w/TMK re:trial strategy conf | 0.10 | **NT** | **N** | **N** | **0.1** | **$350** | **$35.00** |
| 4/26/2007 | | Meet w/Erba & clients re: trial strategy, pending mo & brf's | 3.40 | **NT** | **N** | **N** | **3.4** | **$350** | **$1,190.00** |
| 4/26/2007 | | Meet w/TMK re: prior meets w/ Erba & clients | 0.60 | **NT** | **N** | **N** | **0.6** | **$350** | **$210.00** |
| 5/10/2007 | | Ph conf | 0.20 | **NT** | **N** | **N** | **0.2** | **$350** | **$70.00** |
| 5/10/2007 | | Tel conf w/clients re:ph Conf | 0.30 | **NT** | **N** | **N** | **0.3** | **$350** | **$105.00** |
| 5/16/2007 | | Order memo in-ECF re: mo amd-denied, copy & distribute | 0.40 | **NT** | **Y** | **N** | **0** | **$350** | **$0.00** |
| 5/16/2007 | | ECF in-re:ph conf set for 5-10 | 0.10 | **NT** | **N** | **N** | **0.1** | **$350** | **$35.00** |
| 5/16/2007 | | Ph conf w/clients re:decision & conf date | 1.40 | **NT** | **N** | **N** | **1.4** | **$350** | **$490.00** |
| 5/17/2007 | | Legal research & file review for mo reconcideration/stay | 4.40 | **NT** | **Y** | **N** | **0** | **$350** | **$0.00** |
| 5/18/2007 | | Draft mo recon/ omnibus Mo | 12.60 | **NT** | **Y** | **N** | **0** | **$350** | **$0.00** |
| 5/19/2007 | | Review draft stay mo & reconsid w/TMK | 2.30 | **NT** | **Y** | **N** | **0** | **$350** | **$0.00** |
| 5/19/2007 | | Send draft to clients for review comments | 0.30 | **NT** | **Y** | **N** | **0** | **$350** | **$0.00** |

**Appendix**

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 5/22/2007 | | Client meeting re:comments | 3.20 | NT | Y | N | 0 | $350 | $0.00 |
| 5/22/2007 | | Edit motion | 2.30 | NT | Y | N | 0 | $350 | $0.00 |
| 5/23/2007 | | Final edit, convert to PDF & file omnibus mo | 0.50 | NT | Y | N | 0 | $350 | $0.00 |
| 6/2/2007 | | Tx from BM re:update-omnibus mo | 0.10 | NT | Y | N | 0 | $350 | $0.00 |
| 6/3/2007 | | Tx from MM & RC re:update-omnibus mo | 0.20 | NT | Y | N | 0 | $350 | $0.00 |
| 6/11/2007 | | City response to omnibus mo in ECF, copy and distribute | 0.40 | NT | Y | N | 0 | $350 | $0.00 |
| 6/12/2007 | | Review response | 0.50 | NT | Y | N | 0 | $350 | $0.00 |
| 6/12/2007 | | Review response w/TMK | 0.30 | NT | Y | N | 0 | $350 | $0.00 |
| 6/12/2007 | | Client tel conf re: City response & reply | 0.70 | NT | Y | N | 0 | $350 | $0.00 |
| 6/14/2007 | | Draft reply & legal research for reply | 2.40 | NT | Y | N | 0 | $350 | $0.00 |
| 6/17/2007 | | Edit draft reply | 3.20 | NT | Y | N | 0 | $350 | $0.00 |
| 6/18/2007 | | Send draft reply to clients & TMK | 0.20 | NT | Y | N | 0 | $350 | $0.00 |
| 6/19/2007 | | Client conf re:edits to reply | 1.10 | NT | Y | N | 0 | $350 | $0.00 |
| 6/19/2007 | | Review client & TMK changes w/TMK | 0.50 | NT | Y | N | 0 | $350 | $0.00 |
| 6/20/2007 | | Final read/edit, convert & file | 1.30 | NT | Y | N | 0 | $350 | $0.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|------|--------|-------------|--------------|------|------------------------------|-----------------------------|-----------------|----------------------|---------------|
| 7/10/2007 | | Client contacts re: update on pending motion | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 7/19/2007 | | Client contacts re: update on pending motion | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 7/20/2007 | | Contact RC re: update on pending matters | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 7/29/2007 | | Client contacts re: update on pending motion | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 8/10/2007 | | Client contacts re: update on pending motion | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 8/29/2007 | | Client contacts re: update on pending motion | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 8/29/2007 | | Contact RC re: update on pending matters | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 9/1/2007 | | Client contacts re: update on pending motion | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 9/12/2007 | | Client contacts re: update on pending motion | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 9/15/2007 | | Contact RC re: update on pending matters | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 10/10/2007 | | Client contacts re: update on pending motion | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 10/11/2007 | | Client contacts re: update on pending motion | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 10/12/2007 | | Contact RC re: update on pending matters | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|------|--------|-------------|--------------|------|------------------------------|-----------------------------|-----------------|---------------------|----------------|
| 11/28/2007 | | Order/decision in-ECF, copy, send & review | 0.60 | NT | Y | N | 0 | $350 | $0.00 |
| 11/28/2007 | | Order in re: ph conf for 12-13 | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 11/28/2007 | | Client meeting (ph conf) re: decision & strategy | 0.80 | NT | N | N | 0.8 | $350 | $280.00 |
| 12/1/2007 | | Client meeting, file review | 4.50 | NT | N | N | 4.5 | $350 | $1,575.00 |
| 12/2/2007 | | Draft 2nd motion for reconsideration | 2.30 | NT | Y | Y | 0 | $350 | $0.00 |
| 12/3/2007 | | Send draft mo to client for review & imput | 0.20 | NT | Y | Y | 0 | $350 | $0.00 |
| 12/3/2007 | | Send 2nd mo to TMK for review | 0.10 | NT | Y | Y | 0 | $350 | $0.00 |
| 12/4/2007 | | Meeting w/client & TMK re:reviews for 2nd motion reconsideration | 0.50 | NT | Y | Y | 0 | $350 | $0.00 |
| 12/5/2007 | | Edit reconsideration motion | 0.70 | NT | Y | Y | 0 | $350 | $0.00 |
| 12/7/2007 | | Convert mo to PDF & file ECF 2nd mo for reconsideration | 0.20 | NT | Y | Y | 0 | $350 | $0.00 |
| 12/12/2007 | | Order in re:2nd mo reconsid, review & send to clients & TMK | 0.30 | NT | N | Y | 0 | $350 | $0.00 |
| 12/12/2007 | | Meet(ph conf) w/clients re: decision | 0.50 | NT | N | N | 0.5 | $350 | $175.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 12/13/2007 | | Ph conf w/clients re: today's ph conf | 0.30 | **NT** | **N** | **N** | **0.3** | **$350** | **$105.00** |
| 12/13/2007 | | Ph conf | 0.30 | **NT** | **N** | **N** | **0.3** | **$350** | **$105.00** |
| 12/13/2007 | | Meet w/clients in office re: conf call & mandamus | 1.40 | **NT** | **N** | **Y** | **0** | **$350** | **$0.00** |
| 12/13/2007 | | Legal research re:mandamus & draft petition | 6.10 | **NT** | **Y** | **Y** | **0** | **$350** | **$0.00** |
| 12/14/2007 | | Draft Mandamus pet & send to clients | 10.50 | **NT** | **Y** | **Y** | **0** | **$350** | **$0.00** |
| 12/14/2007 | | Meet w/TMK re: pretrial order, trial strategy & Mandamus | 1.00 | **NT** | **N** | **N** | **1** | **$350** | **$350.00** |
| 12/15/2007 | | Client imput on Mandamus received, edit pet | 2.30 | **NT** | **Y** | **Y** | **0** | **$350** | **$0.00** |
| 12/16/2007 | | Meet w/TMK re: edits for Mandamus | 0.30 | **NT** | **Y** | **Y** | **0** | **$350** | **$0.00** |
| 12/17/2007 | | Marshall exhibits for pet Mandamus | 1.60 | **NT** | **Y** | **Y** | **0** | **$350** | **$0.00** |
| 12/17/2007 | | Order in-ECF re: pretrial order & case consolidation, review & send to clients | 0.30 | **NT** | **N** | **N** | **0.3** | **$350** | **$105.00** |
| 12/19/2007 | | Pet Mandamus to clients for review | 0.30 | **NT** | **Y** | **Y** | **0** | **$350** | **$0.00** |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 12/19/2007 | | File review, start to marshal trial exhibits | 12.90 | **NT** | **N** | **N** | **12.9** | **$350** | **$4,515.00** |
| 12/20/2007 | | Cont trial prep, marshal exhibits & review deps | 12.00 | **NT** | **N** | **N** | **12** | **$350** | **$4,200.00** |
| 12/20/2007 | | Edit, copy & file 3rd Cir for mandamus | 2.50 | **NT** | **Y** | **Y** | **0** | **$350** | **$0.00** |
| 12/22/2007 | | Trial prep cont, file review, dep review, jury instructions | 16.90 | **NT** | **N** | **N** | **16.9** | **$350** | **$5,915.00** |
| 12/26/2007 | | Order & clerk note (ECF) in, dates reset & conf transcript in | 0.20 | **NT** | **N** | **N** | **0.2** | **$350** | **$70.00** |
| 1/10/2008 | | Client meeting re: settlement | 0.90 | **NT** | **N** | **N** | **0.9** | **$350** | **$315.00** |
| 1/16/2008 | | Order in re: settlement date, review & send to clients & TMK | 0.30 | **NT** | **N** | **N** | **0.3** | **$350** | **$105.00** |
| 1/24/2008 | | Contact w/opp counsel re: joint stay motion, review & approve | 0.40 | **NT** | **N** | **N** | **0.4** | **$350** | **$140.00** |
| 1/25/2008 | | Joint mo filed, ECF, copy & send to clients | 0.30 | **NT** | **N** | **N** | **0.3** | **$350** | **$105.00** |
| 1/26/2008 | | Tx contact Annett Oakley re: trial aid counsel, case summary discussed | 0.50 | **NT** | **N** | **N** | **0.5** | **$350** | **$175.00** |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 1/27/2008 | | Meet w/AO re: case facts, procedure to date & trial strategy | 4.60 | NT | N | N | 4.6 | $350 | $1,610.00 |
| 1/29/2008 | | Order in-ECF re: joint mo granted | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 1/29/2008 | | Tx clients& AO re: stay granted | 0.40 | NT | N | N | 0.4 | $350 | $140.00 |
| 1/29/2008 | | Mandamus decision denied, advise clients | 0.30 | NT | Y | Y | 0 | $350 | $0.00 |
| 1/31/2008 | | Client conf re: trial & scheduling trial prep | 1.30 | NT | N | N | 1.3 | $350 | $455.00 |
| 2/4/2008 | | ECF order in- amd pretrial order, review & send to clients, AO | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 2/23/2008 | | Prep for final pretrial conf | 1.90 | NT | N | Y | 0 | $350 | $0.00 |
| 2/24/2008 | | Final pretrial conf | 5.30 | NT | N | Y | 0 | $350 | $0.00 |
| 2/25/2008 | | Prep for trial, meet w/clients, marshal exhibits | 6.90 | NT | N | N | 6.9 | $350 | $2,415.00 |
| 2/26/2008 | | Pretrial prep, cont marshal exhibits | 3.30 | NT | N | N | 3.3 | $350 | $1,155.00 |
| 3/16/2008 | | Meet w/clients & AO re: trial matters, review file, deps & agency transcripts | 6.70 | NT | N | N | 6.7 | $350 | $2,345.00 |
| 3/30/2008 | | Meet w/TMK re: coordinate w/AO & trial witness & subp issuance | 8.90 | NT | N | N | 8.9 | $350 | $3,115.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 4/5/2008 | | Client meeting, witness for trial & trial exhibits | 12.50 | NT | N | N | 12.5 | $350 | $4,375.00 |
| 4/6/2008 | | Client trial prep their testimony & trial exhibit books | 9.70 | NT | N | N | 9.7 | $350 | $3,395.00 |
| 4/7/2008 | | Review case file for exhibits, witnesses, defendant testimony | 4.50 | NT | N | N | 4.5 | $350 | $1,575.00 |
| 4/10/2008 | | Edit pretrial memo | 2.10 | NT | N | N | 2.1 | $350 | $735.00 |
| 4/11/2008 | | Cont work on pretrial memo | 4.40 | NT | N | N | 4.4 | $350 | $1,540.00 |
| 4/12/2008 | | Client prêt, trial testimony & document use | 11.70 | NT | N | N | 11.7 | $350 | $4,095.00 |
| 4/12/2008 | | Pretrial memo, mod jury instructions, edit pretrial memo | 2.20 | NT | N | N | 2.2 | $350 | $770.00 |
| 4/13/2008 | | Client prep, documents & witnesses needed for trial | 16.50 | NT | N | N | 16.5 | $350 | $5,775.00 |
| 4/14/2008 | | Interview trial witness, phila (aultman) | 3.60 | NT | N | N | 3.6 | $350 | $1,260.00 |
| 4/15/2008 | | Edit pretrial memo, cont work, witness & exhibit lists | 4.20 | NT | N | N | 4.2 | $350 | $1,470.00 |
| 4/15/2008 | | Trial prep review agency transcripts | 12.30 | NT | N | N | 12.3 | $350 | $4,305.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|------|--------|-------------|-------------|------|------------------------------|-----------------------------|-----------------|----------------------|---------------|
| 4/16/2008 | | Draft pretrial to clients for review of exhibits & witnesses | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 4/16/2008 | | Trial prep-review agency transcripts, deps & papers | 16.00 | NT | N | N | 16 | $350 | $5,600.00 |
| 4/17/2008 | | Tx w/& meet GV re: pretrial memo | 3.50 | NT | N | N | 3.5 | $350 | $1,225.00 |
| 4/17/2008 | | Trial witness interviews | 5.60 | NT | N | N | 5.6 | $350 | $1,960.00 |
| 4/17/2008 | | Trial prep, review deps | 6.00 | NT | N | N | 6 | $350 | $2,100.00 |
| 4/18/2008 | | Trial witness interviews | 5.60 | NT | N | N | 5.6 | $350 | $1,960.00 |
| 4/18/2008 | | Draft mo in limine & review deps, doc & transcripts | 7.50 | NT | N | N | 7.5 | $350 | $2,625.00 |
| 4/18/2008 | | Client review mo in limine | 0.40 | NT | N | N | 0.4 | $350 | $140.00 |
| 4/19/2008 | | Meet w/TMK re: mo in limine review | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 4/19/2008 | | Legal research motion in limine | 1.20 | NT | N | N | 1.2 | $350 | $420.00 |
| 4/19/2008 | | Client conf, prep fpr trial, client doc use w/clients, AO | 5.80 | NT | N | N | 5.8 | $350 | $2,030.00 |
| 4/20/2008 | | Edit motion in limine | 1.90 | NT | N | N | 1.9 | $350 | $665.00 |
| 4/20/2008 | | Cont trial prep of client testimony w/clients & AO | 7.80 | NT | N | N | 7.8 | $350 | $2,730.00 |
| 4/21/2008 | | Final edit, convert & file mo in limine | 4.30 | NT | N | N | 4.3 | $350 | $1,505.00 |
| 4/21/2008 | | Interview ptlf trial witness | 1.30 | NT | N | N | 1.3 | $350 | $455.00 |

15

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|------|--------|-------------|--------------|------|------------------------------|-----------------------------|-----------------|----------------------|---------------|
| 4/23/2008 | | Prep for final pretrial conf | 1.90 | NT | N | N | 1.9 | $350 | $665.00 |
| 4/24/2008 | | Final pretrial conf, met clients post-conf | 5.30 | NT | N | N | 5.3 | $350 | $1,855.00 |
| 4/24/2008 | | Review City response to mo limine | 0.90 | NT | N | N | 0.9 | $350 | $315.00 |
| 4/25/2008 | | Order in-ECF, review correct docket | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 4/25/2008 | | Client contact re: order changing docket | 0.60 | NT | N | N | 0.6 | $350 | $210.00 |
| 4/25/2008 | | Prep 2nd mo limine, prep void dir, jury instr verdict sheet | 12.70 | NT | N | N | 12.7 | $350 | $4,445.00 |
| 4/26/2008 | | Pretrial prep, cont client prep, review def exhibits for trial book | 18.30 | NT | N | N | 18.3 | $350 | $6,405.00 |
| 4/27/2008 | | Client prep, review def trial exhibits, prep mo | 12.70 | NT | N | N | 12.7 | $350 | $4,445.00 |
| 4/28/2008 | | Trial prep, review def trial exhibits | 4.50 | NT | N | N | 4.5 | $350 | $1,575.00 |
| 4/29/2008 | | Trial prep, review def trial exhibits | 4.50 | NT | N | N | 4.5 | $350 | $1,575.00 |
| 4/29/2008 | | Review City response to mo in limine ECF | 0.90 | NT | N | N | 0.9 | $350 | $315.00 |
| 4/29/2008 | | Send City response to client, TMK & AO, review with all | 1.30 | NT | N | N | 1.3 | $350 | $455.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 4/30/2008 | | Review City proposed VD (ECF) sent to AO & TMK | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 4/30/2008 | | Order in(ECF) re: mo limine | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 4/30/2008 | | Tx w/client re:limine decision | 0.60 | NT | N | N | 0.6 | $350 | $210.00 |
| 4/30/2008 | | Tx w/ TMK & AO re: limine decision | 0.50 | NT | N | N | 0.5 | $350 | $175.00 |
| 4/30/2008 | | Pre notice, send for review by clients, TMK & AO | 1.90 | NT | N | N | 1.9 | $350 | $665.00 |
| 5/1/2008 | | Meet w/TMK & AO re: notice | 0.50 | NT | N | N | 0.5 | $350 | $175.00 |
| 5/1/2008 | | Ordin in trial issues | 0.60 | NT | N | N | 0.6 | $350 | $210.00 |
| 5/1/2008 | | Order in re:evid ruling | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 5/1/2008 | | Tx w/clients, meet w/TMK & AO re; orders in 5/1/08 | 2.30 | NT | N | N | 2.3 | $350 | $805.00 |
| 5/1/2008 | | Prep 3rd mo limine | 1.70 | NT | Y | Y | 0 | $350 | $0.00 |
| 5/1/2008 | | Send 3rd limine to clients, TMK & AO to review` | 0.20 | NT | Y | Y | 0 | $350 | $0.00 |
| 5/1/2008 | | Meet w/TMK & AO re: 3rd limine mo | 0.30 | NT | Y | Y | 0 | $350 | $0.00 |
| 5/1/2008 | | Edits to 3rd limine mo | 0.60 | NT | Y | Y | 0 | $350 | $0.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 5/2/2008 | | Conf w/TMK & AO re: wit order, opening & jury selection, 3rd limine | 8.50 | **NT** | **N** | **N** | **8.5** | **$350** | **$2,975.00** |
| 5/2/2008 | | Prep for trial, review pltfs trial exhibits | 5.60 | **NT** | **N** | **N** | **5.6** | **$350** | **$1,960.00** |
| 5/3/2008 | | Prep for trial, review trial cross exam notes | 3.40 | **NT** | **N** | **N** | **3.4** | **$350** | **$1,190.00** |
| 5/4/2008 | | Edit 3rd limine mo, conform & file | 0.60 | **NT** | **Y** | **Y** | **0** | **$350** | **$0.00** |
| 5/4/2008 | | Prep for trial, review pltfs trial exhibits | 3.10 | **NT** | **N** | **N** | **3.1** | **$350** | **$1,085.00** |
| 5/5/2008 | | Trial- pretrial review & prep for next day of trial, review City filing | 9.00 | **T** | **N** | **N** | **9** | **$450** | **$4,050.00** |
| 5/5/2008 | | *ditto* | 11.00 | **NT** | **N** | **N** | **11** | **$350** | **$3,850.00** |
| 5/6/2008 | | Trial- pretrial review & prep for next day of trial | 9.00 | **T** | **N** | **N** | **9** | **$450** | **$4,050.00** |
| 5/6/2008 | | *ditto* | 11.00 | **NT** | **N** | **N** | **11** | **$350** | **$3,850.00** |
| 5/8/2008 | | Trial- pretrial review & prep for next day of trial | 20.00 | **T** | **N** | **N** | **20** | **$450** | **$9,000.00** |
| 5/8/2008 | | *ditto* | | **NT** | **N** | **N** | **0** | **$350** | **$0.00** |
| 5/9/2008 | | Trial- pretrial review & prep for next day of trial | 9.00 | **T** | **N** | **N** | **9** | **$450** | **$4,050.00** |
| 5/9/2008 | | *ditto* | 11.00 | **NT** | **N** | **N** | **11** | **$350** | **$3,850.00** |
| 5/10/2008 | | Trial- pretrial review & prep for next day of trial | 9.00 | **T** | **N** | **N** | **9** | **$450** | **$4,050.00** |
| 5/10/2008 | | *ditto* | 4.50 | **NT** | **N** | **N** | **4.5** | **$350** | **$1,575.00** |

18

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 5/11/2008 | | Meet w/trial witness, TM & BM, prep for testimony | 8.40 | **NT** | **N** | **N** | **8.4** | **$350** | **$2,940.00** |
| 5/12/2008 | | Trial prep | 5.60 | **NT** | **N** | **N** | **5.6** | **$350** | **$1,960.00** |
| 5/13/2008 | | Trial-pretrial review & prep for next day of trial | 9.00 | **T** | **N** | **N** | **9** | **$450** | **$4,050.00** |
| 5/13/2008 | | *ditto* | 11.00 | **NT** | **N** | **N** | **11** | **$350** | **$3,850.00** |
| 5/14/2008 | | Trial-pretrial review & prep for next day of trial | 9.00 | **T** | **N** | **N** | **9** | **$450** | **$4,050.00** |
| 5/14/2008 | | *ditto* | 4.50 | **NT** | **N** | **N** | **4.5** | **$350** | **$1,575.00** |
| 5/15/2008 | | Client contact, re: post trial motions | 2.50 | **NT** | **N** | **N** | **2.5** | **$350** | **$875.00** |
| 5/16/2008 | | Marshal docs for Bill of Costs, legal research judgment motion | 12.60 | **NT** | **N** | **N** | **12.6** | **$350** | **$4,410.00** |
| 5/17/2008 | | Prep motion for entry of judgment & fee petition | 10.80 | **NT** | **N** | **N** | **10.8** | **$350** | **$3,780.00** |
| 5/18/2008 | | Edit motion & fee petition | 12.50 | **NT** | **N** | **N** | **12.5** | **$350** | **$4,375.00** |
| 5/19/2008 | | Final edit motion & fee petition & Bill of Costs, conform & file | 8.50 | **NT** | **N** | **N** | **8.5** | **$350** | **$2,975.00** |
| 5/19/2008 | | Client contact WM re: status of case next hearing, b/f pay amend matter | 0.50 | **NT** | **Y** | **N** | **0** | **$350** | **$0.00** |
| 5/19/2008 | | Client contact MM re: case status & next hearing, $ issue of b/f pay | 0.30 | **NT** | **Y** | **N** | **0** | **$350** | **$0.00** |

## Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 5/19/2008 | | Meet w/RC re: tax forms, review pending trial issue (b/f pay) | 1.00 | NT | N | N | 1 | $350 | $350.00 |
| 5/19/2008 | | Order in, re: ph conf 5/28 | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 5/20/2008 | | Review w/BMP re: next hearing, City reqst for tax records & ph conf | 0.50 | NT | N | N | 0.5 | $350 | $175.00 |
| 5/20/2008 | | File review (discovery) look for prior City request for tax returns | 2.50 | NT | N | N | 2.5 | $350 | $875.00 |
| 5/20/2008 | | Letter prep & Email to GV re: tax return | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 5/20/2008 | | Call client re: case update- ph conf 5/28 | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 5/20/2008 | | Call client re: case update- ph conf 5/28 | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 5/20/2008 | | Call client re: case update- ph conf 5/28 | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 5/20/2008 | | Email to clients confirming case update of 5/28 ph conf | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 5/20/2008 | | Tx w/DH re: motions | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 5/20/2008 | | Email from GV re: tax returns (reviw attached ltr) | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 5/20/2008 | | Email to GV re: tax returns (ltr drafted) | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 5/20/2008 | | Review reply to mo 2 enter judgment (both ECF case copies) | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 5/20/2008 | | Forward City response to mo & notice for client review | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 5/20/2008 | | Review reply to notice to enter judgment (both cases) | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 5/20/2008 | | Review w/TMK City replay & call with DH (case strategy meeting) | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 5/20/2008 | | Factual research re: disqualifying conviction/arrest PPD | 2.20 | NT | N | N | 2.2 | $350 | $770.00 |
| 5/20/2008 | | Cont search of file for def #56 R4P request | 1.20 | NT | N | N | 1.2 | $350 | $420.00 |
| 5/21/2008 | | Cont search of file for Def City's R4p of Doc request | 1.00 | NT | N | N | 1 | $350 | $350.00 |
| 5/21/2008 | | Cont research disqualifying arrest/conviction- MPO & West | 2.70 | NT | N | N | 2.7 | $350 | $945.00 |
| 5/21/2008 | | Ltr to City (GV) City doc request was only for to year 1999 | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|------|--------|-------------|--------------|------|------------------------------|-----------------------------|-----------------|----------------------|---------------|
| 5/21/2008 | | Draft reply to City's response to mo enter judmt, re: 98 case | 1.20 | NT | N | N | 1.2 | $350 | $420.00 |
| 5/21/2008 | | Client contact RC re: upcoming hearing-strategy/research | 1.80 | NT | N | N | 1.8 | $350 | $630.00 |
| 5/21/2008 | | Edit reply to resp re: mo entr judmt | 0.50 | NT | N | N | 0.5 | $350 | $175.00 |
| 5/21/2008 | | Legal research mold award to state damage award | 1.20 | NT | Y | N | 0 | $350 | $0.00 |
| 5/21/2008 | | Draft motion & MOL for molding award | 2.30 | NT | Y | N | 0 | $350 | $0.00 |
| 5/21/2008 | | Cir draft of reply and mo / mol to client for comment, review with client | 0.60 | NT | Y | N | 0 | $350 | $0.00 |
| 5/22/2008 | | Edit reply & mo/mol w/client & TMK comments | 0.70 | NT | Y | N | 0 | $350 | $0.00 |
| 5/22/2008 | | Email WM re: amd mo for sick chk | 0.01 | NT | Y | Y | 0 | $350 | $0.00 |
| 5/22/2008 | | Draft mo to amend add term for WM | 4.50 | NT | Y | Y | 0 | $350 | $0.00 |
| 5/22/2008 | | Conf w/client & TMK for review of mo amd recon | 0.30 | NT | Y | Y | 0 | $350 | $0.00 |
| 5/22/2008 | | Make changes to mo amd recon | 0.80 | NT | Y | Y | 0 | $350 | $0.00 |

**Appendix**

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 5/22/2008 | | File review re: locate docs for upcoming wage equity hearing | 1.50 | NT | N | N | 1.5 | $350 | $525.00 |
| 5/22/2008 | | Contact (TX) RC re: wages hearing record | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 5/22/2008 | | Tx w/Capt Cotton PPD, re: disqualification conviction standard | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 5/22/2008 | | Conform drafts (mos & mols) to PDF & file | 0.30 | NT | Y | Y | 0 | $350 | $0.00 |
| 5/28/2008 | | Emails from o/c re: conf call | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 5/28/2008 | | Calls from clients re: update on case & conf call | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 5/28/2008 | | Phn conf with Court | 0.50 | NT | N | N | 0.5 | $350 | $175.00 |
| 5/28/2008 | | Post-conf call meeting w/clients, person & phone | 1.20 | NT | N | N | 1.2 | $350 | $420.00 |
| 5/29/2008 | | Review City mo to compel | 0.80 | NT | N | N | 0.8 | $350 | $280.00 |
| 5/29/2008 | | Forward to clients the City mo 2 compel | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 5/29/2008 | | Conf w/clients re: City rest concerning fee mo | 0.50 | NT | N | N | 0.5 | $350 | $175.00 |
| 5/29/2008 | | Start draft opposition to City mo compel | 2.30 | NT | N | N | 2.3 | $350 | $805.00 |
| 5/30/2008 | | Email to opposing counsel re request. Also edit draft on reply | 10.50 | NT | N | N | 10.5 | $350 | $3,675.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 5/31/2008 | | File work, look for cites & edit opp to mo | 7.90 | NT | N | N | 7.9 | $350 | $2,765.00 |
| 6/1/2008 | | Cont edit & file search for MORE proofs to add in mo | 8.50 | NT | N | N | 8.5 | $350 | $2,975.00 |
| 6/2/2008 | | Final edit of opposition-conform to PDF & file | 6.90 | NT | N | N | 6.9 | $350 | $2,415.00 |
| 6/9/2008 | | Recv & read City response to PHRA issue | 1.30 | NT | Y | N | 0 | $350 | $0.00 |
| 6/9/2008 | | Client conf, by phone separate, go over City response | 1.60 | NT | Y | N | 0 | $350 | $0.00 |
| 6/10/2008 | | Legal research, trial invest(w/MPOETC) re: disqualification as PO issue | 0.60 | NT | N | N | 0.6 | $350 | $210.00 |
| 6/11/2008 | | Legal research, review D law, do own research in support | 3.40 | NT | Y | N | 0 | $350 | $0.00 |
| 6/11/2008 | | Tx w/RC re: equity damage portion of case | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 6/12/2008 | | Draft reply | 9.70 | NT | Y | N | 0 | $350 | $0.00 |
| 6/13/2008 | | Draft edit | 4.30 | NT | Y | N | 0 | $350 | $0.00 |
| 6/13/2008 | | Tx w/RC re: order and tax issue | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 6/13/2008 | | Conform & send tax auth to defendant counsel | 0.40 | NT | N | N | 0.4 | $350 | $140.00 |

**Appendix**

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 6/13/2008 | | Prepare & file notice of compliance | 0.40 | NT | N | N | 0.4 | $350 | $140.00 |
| 6/15/2008 | | Client review, conference re: draft reply to PRHAC issue | 1.20 | NT | Y | N | 0 | $350 | $0.00 |
| 6/16/2008 | | Edit reply w/client & TMK comment, file review for exhibits | 3.60 | NT | Y | N | 0 | $350 | $0.00 |
| 6/17/2008 | | Final edit, review & write to reply PGRA issue, conform & file | 2.70 | NT | Y | N | 0 | $350 | $0.00 |
| 6/25/2008 | | Orders in, review & notify clients | 0.60 | NT | N | N | 0.6 | $350 | $210.00 |
| 7/9/2008 | | Client meeting re: trial | 4.50 | NT | N | N | 4.5 | $350 | $1,575.00 |
| 7/10/2008 | | Tx from RC & WM & email from CP re: IRS visit | 0.40 | NT | N | Y | 0 | $350 | $0.00 |
| 7/10/2008 | | Draft mo, declarations | 6.90 | NT | N | Y | 0 | $350 | $0.00 |
| 7/11/2008 | | Meet w/RC re: IRS visit and Dec | 1.20 | NT | N | Y | 0 | $350 | $0.00 |
| 7/12/2008 | | Edit motion & draft MOL | 6.90 | NT | N | Y | 0 | $350 | $0.00 |
| 7/13/2008 | | Review edit by clients, TMK & CP, edit MOL, MO | 0.40 | NT | N | Y | 0 | $350 | $0.00 |
| 7/13/2008 | | Conduct legal research & edit Mo | 4.40 | NT | N | Y | 0 | $350 | $0.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|------|--------|-------------|--------------|------|------------------------------|-----------------------------|------------------|----------------------|----------------|
| 7/14/2008 | | Final review & edit of Mo, MOL and conform exhibits | 2.80 | NT | N | Y | 0 | $350 | $0.00 |
| 7/14/2008 | | File Mo, MOL and Exhibits, ECF Receipt to file | 0.20 | NT | N | Y | 0 | $350 | $0.00 |
| 7/14/2008 | | Dec from WM | 0.30 | NT | N | Y | 0 | $350 | $0.00 |
| 7/31/2008 | | Mo for sanction by City, review | 0.70 | NT | N | Y | 0 | $350 | $0.00 |
| 7/31/2008 | | Call each client & advise & discus sanction w/each | 0.80 | NT | N | Y | 0 | $350 | $0.00 |
| 7/31/2008 | | Check law, legal research, and draft Reply to response | 0.70 | NT | N | Y | 0 | $350 | $0.00 |
| 8/11/2008 | | ECF message trial transcripts available | 0.00 | NT | N | N | 0 | $350 | $0.00 |
| 8/12/2008 | | Mo in City's re:Dz Ray's verdict review | 1.40 | NT | N | N | 1.4 | $350 | $490.00 |
| 8/12/2008 | | Call Clients advise of mo, send mo to clients | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 8/13/2008 | | Legal research (assign AO) | 0.20 | NT | N | Y | 0 | $350 | $0.00 |
| 8/13/2008 | | Legal research by AO | 3.50 | NT | N | Y | 0 | $350 | $0.00 |
| 8/14/2008 | | Conf w/ AO re: legal research result assign AO to draft reply | 0.20 | NT | N | Y | 0 | $350 | $0.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 8/15/2008 | | Review draft, forward to clerk for proofing | 1.30 | NT | N | Y | 0 | $350 | $0.00 |
| 8/16/2008 | | Review edits by clerk CP | 0.50 | NT | N | Y | 0 | $350 | $0.00 |
| 8/16/2008 | | Met w/AO, assign final write for reply | 0.20 | NT | N | Y | 0 | $350 | $0.00 |
| 8/16/2008 | | AO final write | 2.30 | NT | N | Y | 0 | $350 | $0.00 |
| 8/17/2008 | | Review final write, conform & file | 1.10 | NT | N | Y | 0 | $350 | $0.00 |
| 8/22/2008 | | ECF in from City re: response to reply, review | 0.70 | NT | N | Y | 0 | $350 | $0.00 |
| 8/22/2008 | | Meet with AO re: reply by City, call clients & email them copies | 0.40 | NT | N | Y | 0 | $350 | $0.00 |
| 8/24/2008 | | ECF in crom City re: reply to discovery mo, review | 0.60 | NT | N | N | 0.6 | $350 | $210.00 |
| 8/24/2008 | | Meet w/AO re: reply, assign to check law & poss reply | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 8/24/2008 | | Conf w/clients re: City reply | 0.50 | NT | N | N | 0.5 | $350 | $175.00 |
| 8/26/2008 | | Met w/AO re: assignments | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 8/28/2008 | | Order in review, email to clients & AO | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 8/28/2008 | | Client contact re: order Speak with all three clients diff times | 0.60 | NT | N | N | 0.6 | $350 | $210.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 9/14/2008 | | Client contact all re: trial date, discovery & strategy matters, etc | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| Oct-08 | | Contact GV re: request a conf w/Ct | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 10/27/2008 | | Prep & send request conference made to court | 0.30 | NT | N | Y | 0 | $350 | $0.00 |
| 10/28/2008 | | Mo for sanction, opp discovery & City mo to dz RC claims | 8.80 | NT | Y | Y | 0 | $350 | $0.00 |
| 10/29/2008 | | Edit mo reply, send to clerk CP for proofing | 3.40 | NT | Y | Y | 0 | $350 | $0.00 |
| 10/30/2008 | | Review edits & proof | 0.30 | NT | Y | Y | 0 | $350 | $0.00 |
| 10/31/2008 | | Final edit & review, conform & file response | 0.50 | NT | Y | Y | 0 | $350 | $0.00 |
| 11/7/2008 | | City reply brief to Pltf mo discovery & sanction, reviewed | 0.30 | NT | N | Y | 0 | $350 | $0.00 |
| 11/7/2008 | | Email City reply to clients | 0.10 | NT | N | Y | 0 | $350 | $0.00 |
| 11/8/2008 | | Discuss City reply with all clients | 1.30 | NT | N | Y | 0 | $350 | $0.00 |
| 11/8/2008 | | Discuss City reply w/AO, re: check law | 0.20 | NT | N | Y | 0 | $350 | $0.00 |
| 11/8/2008 | | AO legal research | 1.20 | NT | N | Y | 0 | $350 | $0.00 |
| 11/9/2008 | | Meet w/AO re: research result | 0.30 | NT | N | Y | 0 | $350 | $0.00 |

**Appendix**

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 11/9/2008 | | Assign memo re: sanction discovery etc (not exam RC to AO) | 0.20 | NT | N | Y | 0 | $350 | $0.00 |
| 11/10/2008 | | Draft memo re: examine RC | 1.90 | NT | N | N | 1.9 | $350 | $665.00 |
| 11/10/2008 | | Receive memo re: RC exam to CP for proofing, review remarks proofing | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 11/11/2008 | | Memo to CP for proofing re: discovery issue | 0.10 | NT | N | Y | 0 | $350 | $0.00 |
| 11/12/2008 | | Review edits & proofing, conform & file | 0.70 | NT | N | Y | 0 | $350 | $0.00 |
| 11/14/2008 | | Final review, conform & file MOL re Exam RC | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 11/17/2008 | | City response to pltf filings, review | 0.50 | NT | Y | Y | 0 | $350 | $0.00 |
| 11/17/2008 | | Meet w/AO re: reply, email reply to clients & discuss w/all clients | 0.80 | NT | Y | Y | 0 | $350 | $0.00 |
| 11/17/2008 | | Assign reply MOL to AO | 0.10 | NT | Y | Y | 0 | $350 | $0.00 |
| 11/18/2008 | | Review AO reply MOL & send to CP for proofing | 0.40 | NT | Y | Y | 0 | $350 | $0.00 |
| 11/19/2008 | | Review edits & proofing | 0.20 | NT | Y | Y | 0 | $350 | $0.00 |
| 11/19/2008 | | Assign AO to edits for mol (1.2) | 0.10 | NT | Y | Y | 0 | $350 | $0.00 |
| 11/20/2008 | | Review edits conform & file | 0.20 | NT | Y | Y | 0 | $350 | $0.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 12/18/2008 | | Order in review | 0.40 | **NT** | **N** | **N** | **0.4** | **$350** | **$140.00** |
| 12/18/2008 | | Tx calls w/client re: orders | 0.50 | **NT** | **N** | **N** | **0.5** | **$350** | **$175.00** |
| 12/22/2008 | | Ltrs to GV re: depositions | 0.20 | **NT** | **N** | **N** | **0.2** | **$350** | **$70.00** |
| 12/22/2008 | | Contact w/RC re: order & meet date | 0.10 | **NT** | **N** | **N** | **0.1** | **$350** | **$35.00** |
| 12/22/2008 | | Contact w/client re: dep prep for Gaittens | 0.30 | **NT** | **N** | **N** | **0.3** | **$350** | **$105.00** |
| 12/29/2008 | | ECF in Dec of DC Gaitten | 0.10 | **NT** | **N** | **N** | **0.1** | **$350** | **$35.00** |
| 1/3/2009 | | Meet w/RC re: dep questions | 3.20 | **NT** | **N** | **N** | **3.2** | **$350** | **$1,120.00** |
| 1/18/2009 | | Prep for dep | 3.20 | **NT** | **N** | **N** | **3.2** | **$350** | **$1,120.00** |
| 1/20/2009 | | Legal research re: MPO qualification convictions | 1.50 | **NT** | **N** | **N** | **1.5** | **$350** | **$525.00** |
| 1/21/2009 | | Dep RC & Gaittens confer w/Judge priv issue | 4.30 | **NT** | **N** | **N** | **4.3** | **$350** | **$1,505.00** |
| 1/27/2009 | | Ltr in/out re: request for | 0.30 | **NT** | **N** | **N** | **0.3** | **$350** | **$105.00** |
| | | 7 sending RC SS documents | | | | | **0** | **$350** | **$0.00** |
| 1/30/2009 | | Frat motion to resum trial (Mo II) | 1.30 | **NT** | **N** | **N** | **1.3** | **$350** | **$455.00** |
| 1/31/2009 | | Edit motion | 0.90 | **NT** | **N** | **N** | **0.9** | **$350** | **$315.00** |
| 1/31/2009 | | Tx w/ ray Carnation Ray mo. | 0.20 | **NT** | **N** | **N** | **0.2** | **$350** | **$70.00** |
| 2/2/2009 | | Tx w/WM re: hearing & motion | 0.40 | **NT** | **N** | **N** | **0.4** | **$350** | **$140.00** |
| 2/3/2009 | | Review, conform & file motion | 0.70 | **NT** | **N** | **N** | **0.7** | **$350** | **$245.00** |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 2/2/2009 | | Review 3rd Cir release damages tax impact relief | 0.40 | NT | N | N | 0.4 | $350 | $140.00 |
| 2/7/2009 | | Contact expert | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 2/8/2009 | | Prep & file notice of intent to seek tax impact damages | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 2/10/2009 | | Client contact re: Ray SS doc, Bill damages | 0.20 | NT | Y | N | 0 | $350 | $0.00 |
| 2/11/2009 | | Legal research tax relief / offsets to wage award & interest | 1.90 | NT | N | N | 1.9 | $350 | $665.00 |
| 2/11/2009 | | Client contact re: result of legal research | 0.40 | NT | N | N | 0.4 | $350 | $140.00 |
| 2/11/2009 | | Work on fee/cost interest motion and brief | 1.80 | NT | N | N | 1.8 | $350 | $630.00 |
| 2/15/2009 | | Order in, direct D to file reply | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 2/17/2009 | | Response in from def re: resume trial & conf, review | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 2/17/2009 | | Client contacts re: reply by Ds | 0.40 | NT | N | N | 0.4 | $350 | $140.00 |
| 2/19/2009 | | Review 02/25/01 transcript on term issue in WMMC case | 0.50 | NT | Y | Y | 0 | $350 | $0.00 |

**Appendix**

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 2/20/2009 | | Order in conf and trial set review advise clients and schedl weekend meeting | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 2/20/2009 | | Legal research re: term amend and prej/delay issues to facts here | 2.30 | NT | Y | Y | 0 | $350 | $0.00 |
| 2/22/2009 | | Work with CP and Beth re: pretrial memo pre for conf/trial re: damages | 7.50 | NT | N | N | 7.5 | $350 | $2,625.00 |
| 2/23/2009 | | Review prior orders, memos and trans (9/29/01argument) re; front/back pay all | 2.10 | NT | Y | N | 0 | $350 | $0.00 |
| 2/24/2009 | | Prep memo, send to CP and Beth for work on calculation for Mike and Bill | 0.00 | NT | N | N | 0 | $350 | $0.00 |
| 2/27/2009 | | Work on Carnation numbers, review all of Def Exhibits and finish memo | 6.70 | NT | N | N | 6.7 | $350 | $2,345.00 |
| 2/27/2009 | | Tx w/ Ct re: new date March 17 Tues at 9:30am - Inform clients | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 2/27/2009 | | Orders In review, send to clients and discuss w/ clients and AO | 0.50 | NT | N | N | 0.5 | $350 | $175.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 2/28/2009 | | Research -limine motion for Gaittens & nondisclosed witness and documents | 2.10 | **NT** | **N** | **N** | **2.1** | **$350** | **$735.00** |
| 3/2/2009 | | Mo in from City (in Oimine re: Verzilli, review | 0.60 | **NT** | **N** | **N** | **0.6** | **$350** | **$210.00** |
| 3/2/2009 | | Email mo to clients | 0.30 | **NT** | **N** | **N** | **0.3** | **$350** | **$105.00** |
| 3/3/2009 | | Conf w/ AO re: limine mo, assign draft duty | 0.30 | **NT** | **N** | **N** | **0.3** | **$350** | **$105.00** |
| 3/3/2009 | | AO drafts reply | 2.90 | **NT** | **N** | **N** | **2.9** | **$350** | **$1,015.00** |
| 3/5/2009 | | Review edits and proofing for limine mo, conform and file | 0.40 | **NT** | **N** | **N** | **0.4** | **$350** | **$140.00** |
| 3/5/2009 | | Send draft to CP for proofing | 0.40 | **NT** | **N** | **N** | **0.4** | **$350** | **$140.00** |
| 3/6/2009 | | Review edits and proofing, edited self, conformed and filed limine reply | 0.30 | **NT** | **N** | **N** | **0.3** | **$350** | **$105.00** |
| 3/13/2009 | | Review draft reply to limine mo | 0.30 | **NT** | **N** | **N** | **0.3** | **$350** | **$105.00** |
| 3/14/2009 | | Legal research on City's identity issues in memo | 3.20 | **NT** | **N** | **N** | **3.2** | **$350** | **$1,120.00** |
| 3/15/2009 | | Meet w. CP re: doc marshal and ident issues for status conf | 5.50 | **NT** | **N** | **N** | **5.5** | **$350** | **$1,925.00** |

**Appendix**

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 3/16/2009 | | Order in re: Def Mo to dz or SJ. Denied. reviewed and sent to clients | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 3/16/2009 | | Communications fro clients re: comments on outline for status confer | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 3/16/2009 | | Prep for 031709 Status conf | 1.10 | NT | N | N | 1.1 | $350 | $385.00 |
| 3/17/2009 | | Status conference | 2.80 | NT | N | N | 2.8 | $350 | $980.00 |
| 3/18/2009 | | Order in City mo denied w/o prej re: verzilli, send to clients and AO | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 3/19/2009 | | Order in re: Pt II trial date set | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 3/19/2009 | | Client contacts and meet w/ AO re: order (decisions) discuss trial strategy Inform client of trial date | 1.90 | NT | N | N | 1.9 | $350 | $665.00 |
| 3/23/2009 | | Review def trial book for evidence to be used at Equity part of trial - Dbltree reference by Def. Colorulo statement | 1.60 | NT | N | N | 1.6 | $350 | $560.00 |
| 3/30/2009 | | ECF notice of mo, contact clients re: motion (who filed) | 0.70 | NT | N | N | 0.7 | $350 | $245.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 3/31/2009 | | Order in re: Pro Se mo, review, send to clients | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 3/31/2009 | | Client contacts re: order and pro se mo | 0.00 | NT | N | N | 0 | $350 | $0.00 |
| 4/20/2009 | | Review trial exhibits on wire tap issue | 1.70 | NT | N | N | 1.7 | $350 | $595.00 |
| 4/24/2009 | | Review Del criminal transcript on City issue of bases for possession | 1.30 | NT | N | N | 1.3 | $350 | $455.00 |
| 4/27/2009 | | Meeting with AO on wire tap and conviction issue | 2.00 | NT | N | N | 2 | $350 | $700.00 |
| 5/4/2009 | | Review with AO and Carnation re: wire tape and conviction issue. | 0.50 | NT | N | N | 0.5 | $350 | $175.00 |
| 5/4/2009 | | Send email to GV re meet, facts can stip. | 4.30 | NT | N | N | 4.3 | $350 | $1,505.00 |
| 5/11/2009 | | copy exhibits from book | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 5/12/2009 | | Meet (self and AO) GV re: stipulation for equity hearing | 2.50 | NT | N | N | 2.5 | $350 | $875.00 |
| 5/12/2009 | | Office prep stip, send to GV | 0.50 | NT | N | N | 0.5 | $350 | $175.00 |
| 5/13/2009 | | Meet with GV and John with AO) re hearing conference stip facts and exhibit | 3.20 | NT | N | N | 3.2 | $350 | $1,120.00 |
| 5/14/2009 | | Emails with GV re stip | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |

35

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 5/15/2009 | | Emails and phone call conference with GV re: stip and facts. Review docs | 8.90 | NT | N | N | 8.9 | $350 | $3,115.00 |
| 5/16/2009 | | Prehearing legal research assignment for any change in make whole law by AO | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 5/16/2009 | | AO legal research case law 1.2 Dolin and Alabama case- Review | 0.50 | NT | N | N | 0.5 | $350 | $175.00 |
| 5/17/2009 | | Marshall, outline, and copy Def trial book Exhibits, for testimony use | 3.70 | NT | N | N | 3.7 | $350 | $1,295.00 |
| 5/17/2009 | | Prep with AO & Ray for hearing | 2.30 | NT | N | N | 2.3 | $350 | $805.00 |
| 5/17/2009 | | Conference with AO re: review legal research by AO and last minute prep | 0.60 | NT | N | N | 0.6 | $350 | $210.00 |
| 5/18/2009 | | Trial (Equity Hearing) portal to portal | 6.30 | T | N | N | 6.3 | $450 | $2,835.00 |
| 5/18/2009 | | Post herring meeting with clients re: how to proceed . legal strategies | 1.30 | NT | N | N | 1.3 | $350 | $455.00 |
| 5/19/2009 | | Conf w/ AO, assig tasks (ltr to ct with doc) and work on fee petition | 0.40 | NT | N | N | 0.4 | $350 | $140.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|------|--------|-------------|--------------|------|------------------------------|----------------------------|------------------|----------------------|----------------|
| 5/28/2009 | | -second fee petition filed……… see sheet 2 | | NT | N | N | 0 | $350 | $0.00 |
| 5/28/2009 | | City trial brief on back pay in, send to all clients | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 5/29/2009 | | Read City brief, legal research for new law | 1.50 | NT | N | N | 1.5 | $350 | $525.00 |
| 5/30/2009 | | Draft reply | 6.90 | NT | N | N | 6.9 | $350 | $2,415.00 |
| 5/31/2009 | | Edit reply and send to proofer (BM & CP) | 2.30 | NT | N | N | 2.3 | $350 | $805.00 |
| 6/2/2009 | | Meet witness TB re: Gaittens' testimony, interview and speak with supervisor at background | 0.70 | NT | N | N | 0.7 | $350 | $245.00 |
| 6/3/2009 | | Conform and file reply to city post hearing trial brief on back pay | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 6/3/2009 | | Tx from chambers re: courtesy copy (second) of fee petition requested | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 6/3/2009 | | ECF in Def response to second fee pet. Print and read | 0.40 | NT | N | N | 0.4 | $350 | $140.00 |
| 6/4/2009 | | Conform courtesy copy of fee petition for Judge and clerk; hand file | 2.30 | NT | N | N | 2.3 | $350 | $805.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|------|--------|-------------|--------------|------|-----------------------------|----------------------------|-----------------|----------------------|---------------|
| 6/4/2009 | | Call from Chambers re: courtesy copy wished for any response | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 6/4/2009 | | Email from city Re letter to the Court - read print and reply | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 6/4/2009 | | Meet TB re: amend declaration | 0.00 | NT | N | N | 0 | $350 | $0.00 |
| 6/5/2009 | | Read letter attachment on email which could not be read on blackberry, draft Reply/opposition to letter request of City to enlarge time to reply to fee petitions | 1.10 | NT | N | N | 1.1 | $350 | $385.00 |
| 6/5/2009 | | Conform supplemental response to City post hearing brief, make courtesy copy | 0.60 | NT | Y | N | 0 | $350 | $0.00 |
| 6/20/2009 | | Notice in, via ecf, from city, review and advise clients | 0.20 | NT | Y | N | 0 | $350 | $0.00 |
| 6/21/2009 | | Read notice and decision, legal research on cases | 2.40 | NT | Y | N | 0 | $350 | $0.00 |
| 6/21/2009 | | Client contact (all there) re; Notice and decision discussed, plus reply | 1.30 | NT | Y | N | 0 | $350 | $0.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 6/22/2009 | | Review Defendant Documents/trial books and attachment to motion | 3.40 | NT | Y | N | 0 | $350 | $0.00 |
| 6/22/2009 | | Draft started for reply to notice | 4.30 | NT | Y | N | 0 | $350 | $0.00 |
| 6/22/2009 | | Sent draft to be reviewed and edited (Beth and Cynthia) | 0.10 | NT | Y | N | 0 | $350 | $0.00 |
| 6/22/2009 | | Draft review returned and reviewed | 0.30 | NT | Y | N | 0 | $350 | $0.00 |
| 6/23/2009 | | Edit draft and resent for review, proof and edits (to Cynthia and Beth) | 2.10 | NT | Y | N | 0 | $350 | $0.00 |
| 6/23/2009 | | Edit/proofing returned and reviewed. Conformed to PDF, scan exhibits, file | 0.40 | NT | Y | N | 0 | $350 | $0.00 |
| 6/26/2009 | | ECF in from City, review memo, review case law cited | 2.10 | NT | Y | N | 0 | $350 | $0.00 |
| 6/26/2009 | | Email and letter in from GV re: EEOC charge by RC | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 6/27/2009 | | Draft reply to City memo on exhaustion, EEOC & Discipline matters | 6.30 | NT | Y | N | 0 | $350 | $0.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 6/27/2009 | | Forward draft to client for comment and to CP and BM for edits | 0.10 | NT | Y | N | 0 | $350 | $0.00 |
| 6/29/2009 | | Email reply to GV for 6/26 email, draft and send Rule 11 letter to GV | 0.50 | NT | N | Y | 0 | $350 | $0.00 |
| 6/29/2009 | | Edits and comments back, edit draft with comment from client | 0.90 | NT | Y | N | 0 | $350 | $0.00 |
| 6/29/2009 | | Send draft edited to clients for review and to CY and BM for proofing | 0.10 | NT | Y | N | 0 | $350 | $0.00 |
| 6/30/2009 | | Received proofing and comments, edit reply to add additional argument | 1.60 | NT | Y | N | 0 | $350 | $0.00 |
| 6/30/2009 | | Send to CY for final proofing | 0.00 | NT | Y | N | 0 | $350 | $0.00 |
| 7/1/2009 | | Review Edits from CP, conform to PDF and file w/ Ct through ECF | 0.50 | NT | Y | N | 0 | $350 | $0.00 |
| 7/2/2009 | | Prep Praecipe and attachment, conform and file | 0.80 | NT | N | N | 0.8 | $350 | $280.00 |
| 7/8/2009 | | Opinion and order in re: RC equity relief, review and send to clients | 0.80 | NT | N | N | 0.8 | $350 | $280.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 7/8/2009 | | Phone conf w/ clients re: decision and trial strategy | 1.20 | NT | N | N | 1.2 | $350 | $420.00 |
| 7/9/2009 | | Dket review & start draft of Notice w/d w/o prej neg tax impact relief | 0.80 | NT | N | N | 0.8 | $350 | $280.00 |
| 7/10/2009 | | Edit notice, send to CP & BM for proofing | 0.60 | NT | N | N | 0.6 | $350 | $210.00 |
| 7/16/2009 | | Order in re: City to reply to interest mo, review and advise clients | 0.50 | NT | N | N | 0.5 | $350 | $175.00 |
| 7/23/2009 | | City reply to interest received, review and advise clients | 1.10 | NT | N | N | 1.1 | $350 | $385.00 |
| 7/27/2009 | | Orders in re: interest in Judgment, review and client contact | 0.60 | NT | N | N | 0.6 | $350 | $210.00 |
| 7/28/2009 | | Call in from City new atty EE re: mo for more time | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 7/28/2009 | | City Mos in (Stay and more time) review and client conference re mos | 2.20 | NT | N | N | 2.2 | $350 | $770.00 |
| 7/28/2009 | | Draft opposition to City 2 motions (Stay and more time) | 7.80 | NT | N | N | 7.8 | $350 | $2,730.00 |
| 7/28/2009 | | Send to proof reader | 0.00 | NT | N | N | 0 | $350 | $0.00 |
| 7/29/2009 | | Edit, conform and file | 2.60 | NT | N | N | 2.6 | $350 | $910.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|------|--------|-------------|--------------|------|------------------------------|-----------------------------|-----------------|----------------------|---------------|
| 7/30/2009 | | City Reply in, review, call clients advise | 1.30 | NT | N | N | 1.3 | $350 | $455.00 |
| 7/30/2009 | | Draft sur reply, send to proof reader | 6.80 | NT | N | Y | 0 | $350 | $0.00 |
| 7/31/2009 | | Work on Sur reply | 3.60 | NT | N | Y | 0 | $350 | $0.00 |
| 7/31/2009 | | Order in City mo granted, review, advise clients | 0.70 | NT | N | N | 0.7 | $350 | $245.00 |
| 7/31/2009 | | Complete work of sur reply, reconsider and reuse motion | 3.50 | NT | N | Y | 0 | $350 | $0.00 |
| 8/2/2009 | | Meet clients... re: post trial motions and appeal, draft post trial motions | 5.50 | NT | Y | N | 0 | $350 | $0.00 |
| 8/2/2009 | | Legal Research, re 15B Mo& More Time for PT MOL | 3.20 | NT | Y | Y | 0 | $350 | $0.00 |
| 8/2/2009 | | Start Mo for More time, re: post trial mo/MOL | 3.60 | NT | N | N | 3.6 | $350 | $1,260.00 |
| 8/3/2009 | | Start 15b Mo | 6.80 | NT | Y | Y | 0 | $350 | $0.00 |
| 8/3/2009 | | Edit Mo more time and send for proofing (Cynthia and Beth) | 2.80 | NT | N | N | 2.8 | $350 | $980.00 |
| 8/4/2009 | | Edit Mo 15b | 9.70 | NT | Y | Y | 0 | $350 | $0.00 |
| 8/4/2009 | | Final Edit Mo to Enlarge Time to file PT memo | 3.00 | NT | N | N | 3 | $350 | $1,050.00 |
| 8/4/2009 | | Edit 15b mo and send for proofing (Cynth & Beth) | 2.50 | NT | Y | Y | 0 | $350 | $0.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 8/5/2009 | | Order In Mo enlarge time - review - granted- notify clients | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 8/5/2009 | | Review Proofing (Cynthia and Beth) on 15b and modify (edit) & file | 3.50 | NT | Y | Y | 0 | $350 | $0.00 |
| 8/6/2009 | | Work on Post trial Mo | 4.20 | NT | Y | N | 0 | $350 | $0.00 |
| 8/10/2009 | | City post trial mo in, forward copies to clients | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 8/10/2009 | | Final review and Edit, File Post trial mo | 2.10 | NT | Y | N | 0 | $350 | $0.00 |
| 8/11/2009 | | Review City Post Trial Mo | 0.40 | NT | N | N | 0.4 | $350 | $140.00 |
| 8/12/2009 | | Client conference, re: City Post trial motion | 1.20 | NT | N | N | 1.2 | $350 | $420.00 |
| 8/15/2009 | | Prep issue for Sunday memo conference | 4.70 | NT | N | N | 4.7 | $350 | $1,645.00 |
| 8/16/2009 | | Draft memo with CP and BM | 10.80 | NT | Y | N | 0 | $350 | $0.00 |
| 8/17/2009 | | Edit memo and research law | 12.00 | NT | Y | N | 0 | $350 | $0.00 |
| 8/19/2009 | | Review Ct transcripts, edit MOL, send draft to clients | 9.40 | NT | Y | N | 0 | $350 | $0.00 |
| 8/20/2009 | | Clerks office to see file re: minutes and ev Ct wants about PAHRA | 3.50 | NT | Y | N | 0 | $350 | $0.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 8/20/2009 | | Confer with clients and staff re: MOL, 1997 PAHRA Amd case | 2.50 | NT | Y | N | 0 | $350 | $0.00 |
| 8/21/2009 | | BM to Clerk ofc review file - receive status report | 0.50 | NT | Y | N | 0 | $350 | $0.00 |
| 8/21/2009 | | Praecipe, re: Pending amd mo - no opp by city | 0.60 | NT | Y | N | 0 | $350 | $0.00 |
| 8/21/2009 | | Review Client suggestions, edit, return to clients n for proofing by CP n BM | 8.70 | NT | Y | N | 0 | $350 | $0.00 |
| 8/22/2009 | | Review file, docket and court transcripts, edit memo | 12.90 | NT | Y | N | 0 | $350 | $0.00 |
| 8/23/2009 | | Client conf re: MOL to be filed 8/24 | 0.70 | NT | Y | N | 0 | $350 | $0.00 |
| 8/24/2009 | | Edit Prof back, review edit on Memo, conform to PDF and file | 6.10 | NT | Y | N | 0 | $350 | $0.00 |
| 8/24/2009 | | City opp to Amd (city) and City posttrial MOL in ECF - send to clients | 0.40 | NT | Y | N | 0 | $350 | $0.00 |
| 8/24/2009 | | Review City Opp n MOL Judgment matter of law / new trial | 2.30 | NT | N | N | 2.3 | $350 | $805.00 |
| 8/25/2009 | | Order in ECF, review print and advise clients | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|------|--------|-------------|--------------|------|------------------------------|-----------------------------|------------------|------------------------|----------------|
| 8/25/2009 | | Client contact re: City MOL Discuss and what action to take | 1.20 | NT | N | N | 1.2 | $350 | $420.00 |
| 8/25/2009 | | Prepare and file NOA and Amended Notice of Appeal | 0.80 | NT | Y | N | 0 | $350 | $0.00 |
| 8/25/2009 | | ECF in from Clerk, RE: Notice of appeal | 0.10 | NT | Y | N | 0 | $350 | $0.00 |
| 8/25/2009 | | Draft Opposition response to City New trial Motion | 8.20 | NT | N | N | 8.2 | $350 | $2,870.00 |
| 9/10/2009 | | Proof Back, review, edit conform to PDF and file | 1.70 | NT | N | N | 1.7 | $350 | $595.00 |
| 9/11/2009 | | Letter in from Judge re: Beth McKenna complaint, inform clients | 0.00 | NT | N | N | 0 | $350 | $0.00 |
| 9/17/2009 | | City Reply MOL to Pltf Opp re: City Mo for judgment, print, send and read | 1.80 | NT | N | N | 1.8 | $350 | $630.00 |
| 9/17/2009 | | Client conference of City reply | 0.80 | NT | N | N | 0.8 | $350 | $280.00 |
| 9/18/2009 | | Prepare draft response to City reply | 2.60 | NT | N | Y | 0 | $350 | $0.00 |
| 9/18/2009 | | Draft to proofer | 0.10 | NT | N | Y | 0 | $350 | $0.00 |
| 9/23/2009 | | Draft back, review | 0.20 | NT | N | Y | 0 | $350 | $0.00 |

45

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 9/23/2009 | | Opening Papers, 3c. prepare issues and opening papers | 1.60 | NT | Y | N | 0 | $350 | $0.00 |
| 9/24/2009 | | Final edit and Review of Response to City Reply, conform to PDF and file | 0.60 | NT | N | Y | 0 | $350 | $0.00 |
| 9/28/2009 | | Order in, review, advise clients | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 9/28/2009 | | ECF Mess in from clerk, re: Appeal docket, review | 0.10 | NT | Y | N | 0 | $350 | $0.00 |
| 9/28/2009 | | Client contact re: Cts order | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 10/7/2009 | | Prepare Transcript Order form | 0.20 | NT | Y | N | 0 | $350 | $0.00 |
| 10/9/2009 | | ECF in re: Clerk notice of appeal | 0.00 | NT | N | N | 0 | $350 | $0.00 |
| 10/23/2009 | | ECF in re: Clerk TPO notice | 0.00 | NT | N | N | 0 | $350 | $0.00 |
| 10/27/2009 | | ECF Mess in re: Transcript available | 0.00 | NT | N | N | 0 | $350 | $0.00 |
| 11/3/2009 | | ECF mess in re: Clerk Notice record Complete for appeal | 0.00 | NT | N | N | 0 | $350 | $0.00 |
| Dec-09 | | Stay Appeal Order review and inform client | 0.10 | NT | Y | N | 0 | $350 | $0.00 |
| 1/21/2010 | | Tx with client re letter to be part of record | 0.00 | NT | N | N | 0 | $350 | $0.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 1/25/2010 | | Praecipe filed to attach letter | 0.00 | NT | N | N | 0 | $350 | $0.00 |
| 1/28/2010 | | ECF in re: Stay appeal order from 3c | 0.10 | NT | Y | N | 0 | $350 | $0.00 |
| 1/28/2010 | | Advise client of stay order | 0.30 | NT | Y | N | 0 | $350 | $0.00 |
| 3/28/2010 | | 28 File review / check for costs issue, prepare Praecipe to Clerk re: costs | 0.40 | NT | N | N | 0.4 | $350 | $140.00 |
| 4/1/2010 | | Praecipe to Clerk to access costs | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 4/6/2010 | | City opp response to costs, print, review, tell clients, legal research, pre reply | 9.70 | NT | N | N | 9.7 | $350 | $3,395.00 |
| 4/6/2010 | | Proof in on Reply re: atty Fee issue, review proofing | 1.10 | NT | N | N | 1.1 | $350 | $385.00 |
| 4/8/2010 | | Conform Reply re: atty fee issue, and file | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 4/15/2010 | | ECF In Clerk Notice, argument 6-2 | 0.20 | NT | N | Y | 0 | $350 | $0.00 |
| 5/13/2010 | | ECF In Clerk Notice, argument 6-2 | 0.10 | NT | N | Y | 0 | $350 | $0.00 |
| 5/13/2010 | | ECF notice in from city EE, unavailable, advise clients | 0.40 | NT | N | Y | 0 | $350 | $0.00 |
| 5/14/2010 | | Ltr to Court, objection to moving argument | 1.10 | NT | N | Y | 0 | $350 | $0.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 7/20/2010 | | Cts Decision In, read, print and send to clients | 1.80 | | N | N | 1.8 | $350 | $630.00 |
| 7/20/2010 | | Clients contact re: Decision | 1.10 | NT | N | N | 1.1 | $350 | $385.00 |
| 7/23/2010 | | Second Amended Notice of Appeal prepared, conformed and filed | 0.30 | NT | Y | N | 0 | $350 | $0.00 |
| 8/12/2010 | | ECF in City Appeal Notice, review and advise clients | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 8/27/2010 | | ECF in (4) withdrawal of Appearances for City's attys. | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 8/31/2010 | | ECF in Withdraw Appr by Dexter | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 9/20/2011 | | Client contact – appeal, execute on judgment demand Client contact demand execute on judgment Client contact, caused judgment to be entered in DC (Beth per CP) | 0.00 | NT | N | N | 0 | $350 | $0.00 |
| 9/27/2011 | | Order in, re: provide status report | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 9/28/2011 | | Review File, Draft Status report | 0.90 | NT | N | N | 0.9 | $350 | $315.00 |

48

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 9/30/2011 | | Edit, conform and file Pltf Status Report | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 10/6/2011 | | Client conference | 2.30 | NT | N | N | 2.3 | $350 | $805.00 |
| 10/7/2011 | | ECF In clients enter pro se appearance | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 10/13/2011 | | ECF in City Status report | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 10/13/2011 | | ECF In Pro Se Pet for hearing | 0.30 | NT | N | Y | 0 | $350 | $0.00 |
| 10/13/2011 | | Prepare Supple Status Report | 0.30 | NT | N | Y | 0 | $350 | $0.00 |
| 10/14/2011 | | Review Supp Stat rpt, conform and file | 0.20 | NT | N | Y | 0 | $350 | $0.00 |
| 10/14/2011 | | ECF in City Suppl Status report, read | 0.10 | NT | N | Y | 0 | $350 | $0.00 |
| 10/14/2011 | | Order in, read, set hearing | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 10/19/2011 | | ECF In pro se suppl status | 0.10 | NT | N | Y | 0 | $350 | $0.00 |
| 10/19/2011 | | Prepare, edit, conform and file reply to city Status report | 0.50 | NT | N | Y | 0 | $350 | $0.00 |
| 10/20/2011 | | Prep for hearing | 2.30 | NT | N | N | 2.3 | $350 | $805.00 |
| 10/21/2011 | | Hearing portal to portal, re: City reqst who to pay/make check to | 3.50 | NT | N | N | 3.5 | $350 | $1,225.00 |
| 10/24/2011 | | ECF in re: minutes of hearing filed | 0.00 | NT | N | N | 0 | $350 | $0.00 |
| 10/25/2011 | | Order in, read. Re: Pro Se have ECF access/use | 0.10 | NT | N | Y | 0 | $350 | $0.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 10/26/2011 | | Order in City to Pay clients directly | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 10/27/2011 | | ECF in City paying clients directly | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 11/1/2011 | | ECF in, 10/20 hearing Transcript available/filed | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 11/10/2011 | | Review file and prior filings to complete fee issue / Draft Final Fee submission | 4.60 | NT | N | N | 4.6 | $350 | $1,610.00 |
| 11/11/2011 | | Contact atty Erba and Wiley for Affidavits also edit Final Fee submission | 3.30 | NT | N | N | 3.3 | $350 | $1,155.00 |
| 11/11/2011 | | Collect & Send to Erba and Wiley times work and Docket for Affidavits | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 11/11/2011 | | Draft Final Fee Petition Submission | 2.60 | NT | N | N | 2.6 | $350 | $910.00 |
| 11/19/2011 | | Go over time and conform to spreadsheet w/ JG | 2.40 | NT | N | N | 2.4 | $350 | $840.00 |
| 11/20/2011 | | Final on Fee Petition Suppliment | 1.20 | NT | N | N | 1.2 | $350 | $420.00 |
| 8/30/2010 | A | Briefing schedule in, review and inform clients | 0.30 | NT | Y | N | 0 | $350 | $0.00 |
| 9/19/2010 | A | Read DC Decision on PT Motions, read City's PT Motion | 6.90 | NT | Y | N | 0 | $350 | $0.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 9/20/2010 | A | Electronic Legal Research of law, current status, review Court's law | 4.20 | NT | Y | N | 0 | $350 | $0.00 |
| 9/21/2010 | A | Conform Form of Brief - per court rule- create brief outline | 3.60 | NT | Y | N | 0 | $350 | $0.00 |
| 9/21/2010 | A | Draft Brief | 12.60 | NT | Y | N | 0 | $350 | $0.00 |
| 9/26/2010 | A | Redline back from Beth, review | 2.10 | NT | Y | N | 0 | $350 | $0.00 |
| 10/1/2010 | A | Edit Draft/Brief | 7.80 | NT | Y | N | 0 | $350 | $0.00 |
| 10/7/2010 | A | Opening papers, prepared, Marshall orders, Declaration done and papers filed | 1.20 | NT | Y | N | 0 | $350 | $0.00 |
| 10/15/2010 | A | Marshall Joint Appendix Documents | 4.80 | NT | Y | N | 0 | $350 | $0.00 |
| 10/16/2010 | A | Continue Marshall Documents | 3.50 | NT | Y | N | 0 | $350 | $0.00 |
| 10/19/2010 | A | Organize Joint Appendix for numbering | 5.90 | NT | Y | N | 0 | $350 | $0.00 |
| 10/20/2010 | A | Prepare cover and Index for joint appendix, conform master JA | 2.60 | NT | Y | N | 0 | $350 | $0.00 |
| 10/22/2010 | A | Joint Appendix to printer Costs $7,118.00 | 0.80 | NT | Y | N | 0 | $350 | $0.00 |
| 10/27/2010 | A | Edit Draft | 5.60 | NT | Y | N | 0 | $350 | $0.00 |
| 11/1/2010 | A | Brief work, draft | 12.60 | NT | Y | N | 0 | $350 | $0.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 11/3/2010 | A | Brief work, draft | 9.00 | NT | Y | N | 0 | $350 | $0.00 |
| 11/4/2010 | A | Brief work, draft | 10.40 | NT | Y | N | 0 | $350 | $0.00 |
| 11/5/2010 | A | Received review City Opening papers | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 11/5/2010 | A | City Designation | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 11/7/2010 | A | Edit draft | 3.40 | NT | Y | N | 0 | $350 | $0.00 |
| 11/8/2010 | A | Edit Brief and send to Alice | 6.70 | NT | Y | N | 0 | $350 | $0.00 |
| 11/10/2010 | A | Return from Alice, review Edits and add | 2.30 | NT | Y | N | 0 | $350 | $0.00 |
| 11/10/2010 | A | Brief to proofer | 0.10 | NT | Y | N | 0 | $350 | $0.00 |
| 11/11/2010 | A | Review proofs/ edit | 1.70 | NT | Y | N | 0 | $350 | $0.00 |
| 11/11/2010 | A | Check current law, print sign | 2.00 | NT | Y | N | 0 | $350 | $0.00 |
| 11/11/2010 | A | Brief to printer /binder Costs $399.00 | 0.90 | NT | Y | N | 0 | $350 | $0.00 |
| 11/12/2010 | A | Review brief back, prepare electronic brief | 2.10 | NT | Y | N | 0 | $350 | $0.00 |
| 11/12/2010 | A | Scan JA | 4.20 | NT | Y | N | 0 | $350 | $0.00 |
| 11/12/2010 | A | Electronic filings brief and appendix, service to brief on Ct and City | 0.90 | NT | Y | N | 0 | $350 | $0.00 |
| 12/6/2010 | A | Printer binding cost reprint Vol 5 Cost $367.75 (1471 pages @ .25 page) | 2.70 | NT | Y | Y | 0 | $350 | $0.00 |
| 1/26/2011 | A | City Mo exceed page length | 0.10 | NT | Y | N | 0 | $350 | $0.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 1/26/2011 | A | City Merit Brief, forward to clients | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 1/27/2011 | A | Read City Merit Brief | 2.10 | NT | N | N | 2.1 | $350 | $735.00 |
| 1/27/2011 | A | Order in City granted City Mos and more time to file brief by 1-28 | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 2/1/2011 | A | Outline for issues and Reply Brief (step 3 brief) | 1.70 | NT | Y | N | 0 | $350 | $0.00 |
| 2/1/2011 | A | Draft step three brief | 2.05 | NT | Y | N | 0 | $350 | $0.00 |
| ditto | A | Draft step three brief | 2.05 | NT | N | N | 2.05 | $350 | $717.50 |
| 2/2/2011 | A | Draft step three brief | 1.60 | NT | Y | N | 0 | $350 | $0.00 |
| ditto | A | Draft step three brief | 1.60 | NT | N | N | 1.6 | $350 | $560.00 |
| 2/3/2011 | A | Draft work on step three brief | 1.35 | NT | Y | N | 0 | $350 | $0.00 |
| ditto | A | Draft work on step three brief | 1.35 | NT | N | N | 1.35 | $350 | $472.50 |
| 2/4/2011 | A | Marshall Doc for Suppl Appendix &Number sup appendix | 3.10 | NT | N | N | 3.1 | $350 | $1,085.00 |
| 2/5/2011 | A | Supp Appendix to printer/binder | 0.60 | NT | N | N | 0.6 | $350 | $210.00 |
| 2/7/2011 | A | Edit draft step three | 4.20 | NT | Y | N | 0 | $350 | $0.00 |
| ditto | A | Edit draft step three | 4.20 | NT | N | N | 4.2 | $350 | $1,470.00 |
| 2/7/2011 | A | Send step three brief for proofing | 0.10 | NT | Y | N | 0 | $350 | $0.00 |
| ditto | A | Send step three brief for proofing | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 2/10/2011 | A | Proof back, review | 0.20 | NT | Y | N | 0 | $350 | $0.00 |
| *ditto* | A | Proof back, review | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 2/10/2011 | A | Edit, check law, print sign, send to printers (35 pgs x 19 copies = 665 pages x .25) | 0.70 | NT | Y | N | 0 | $350 | $0.00 |
| *ditto* | A | Edit, check law, print sign, send to printers (35 pgs x 19 copies = 665 pages x .25) | 0.70 | NT | N | N | 0.7 | $350 | $245.00 |
| 2/11/2011 | A | Prep Mo to file Suppl Appendix | 2.10 | NT | N | N | 2.1 | $350 | $735.00 |
| 2/12/2011 | A | Pick-up printed Suppl Appendix Costs $ 241.50 | 0.60 | NT | N | N | 0.6 | $350 | $210.00 |
| 2/12/2011 | A | Conform step three, PDF, file step 3 brief | 0.35 | NT | Y | N | 0 | $350 | $0.00 |
| *ditto* | A | Conform step three, PDF, file step 3 brief | 0.35 | NT | N | N | 0.35 | $350 | $122.50 |
| 2/12/2011 | A | Edit, conform and File Mo to file sup appendix | 0.40 | NT | N | N | 0.4 | $350 | $140.00 |
| 2/18/2011 | A | City ECF Mo to file brief late (seek more time), read | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 3/2/2011 | A | ECF Notice City Mo to merit panel, clients informed | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 3/10/2011 | A | Order in, City Mo granted | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|------|--------|-------------|--------------|------|------------------------------|-----------------------------|-----------------|----------------------|---------------|
| 3/15/2011 | A | City step 4 brief in, send to clients | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 3/15/2011 | A | Review City step 4 brief | 0.50 | NT | N | N | 0.5 | $350 | $175.00 |
| 3/16/2011 | A | Read step 4 and check law on line | 3.30 | NT | N | N | 3.3 | $350 | $1,155.00 |
| 3/22/2011 | A | Order in, mo to supp appendix to merit panel | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 4/29/2011 | A | Clerk Notice in, re; Argument dates | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 5/2/2011 | A | Argument counsel notice prepared conformed and filed | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 2-May | A | Court Order in- file 5th brief on Staubs | 0.10 | NT | N | N | 0.1 | $350 | $35.00 |
| 2-May | A | Research Staub | 1.60 | NT | N | N | 1.6 | $350 | $560.00 |
| 6/1/2011 | A | Outline brief | 0.70 | NT | N | N | 0.7 | $350 | $245.00 |
| 6/3/2011 | A | Draft brief | 5.60 | NT | N | N | 5.6 | $350 | $1,960.00 |
| 6/4/2011 | A | Edit draft brief | 2.80 | NT | N | N | 2.8 | $350 | $980.00 |
| 6/5/2011 | A | Edit draft, send for proofing | 0.20 | NT | N | N | 0.2 | $350 | $70.00 |
| 6/6/2011 | A | Step 5 back, review | 0.60 | NT | N | N | 0.6 | $350 | $210.00 |
| 6/7/2011 | A | Step Five print sign and to Printers Cost $57.00 (12 pg x19=228 pgs x .25) | 0.80 | NT | N | N | 0.8 | $350 | $280.00 |
| 6/8/2011 | A | Step Five brief back, conform and filed | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|------|--------|-------------|--------------|------|------------------------------|-----------------------------|-----------------|----------------------|---------------|
| 6/29/2011 | A | Order in for argument, notify clients | 0.30 | NT | N | N | 0.3 | $350 | $105.00 |
| 7/9/2011 | A | Prep for argument | 2.80 | NT | Y | N | 0 | $350 | $0.00 |
| *ditto* | A | Prep for argument | 2.80 | NT | N | N | 2.8 | $350 | $980.00 |
| 7/10/2011 | A | Prepare for argument | 1.15 | NT | Y | N | 0 | $350 | $0.00 |
| *ditto* | A | Prepare for argument | 1.15 | NT | N | N | 1.15 | $350 | $402.50 |

# Appendix

| Date | Appeal | Description | Time (Hours) | Type | Delete as Unsuccessful? Y/N | Delete as Unnecessary? Y/N | Allowable Hours | Hourly Rate for Type | Allowable Fee |
|---|---|---|---|---|---|---|---|---|---|
| 7/11/2011 | A | Argument portal to portal Cost- Train $11.50 | 3.15 | **T** | **Y** | **N** | 0 | $450 | $0.00 |
| *ditto* | A | Argument portal to portal Cost- Train $11.50 | 3.15 | T | **N** | **N** | 3.15 | $450 | $1,417.50 |
| 8/17/2011 | A | Decision | 0.30 | **NT** | **Y** | **N** | 0 | $350 | $0.00 |
| *ditto* | A | Decision | 0.30 | **NT** | **N** | **N** | 0.3 | $350 | $105.00 |
| 8/17/2011 | A | Client call on Decision | 0.20 | **NT** | **Y** | **N** | 0 | $350 | $0.00 |
| *ditto* | A | Client call on Decision | 0.20 | **NT** | **N** | **N** | 0.2 | $350 | $70.00 |
| 8/17/2011 | A | Send form of rehearing to Client | 0.20 | **NT** | **Y** | **N** | 0 | $350 | $0.00 |
| 8/19/2011 | A | Error Notice to Court for Judgment date. Draft and send | 0.70 | **NT** | **N** | **N** | 0.7 | $350 | $245.00 |
| 9/7/2011 | A | Edit Rehearing Petition, conform add law an file | 1.40 | **NT** | **Y** | **N** | 0 | $350 | $0.00 |
| 9/14/2011 | A | Decision in on rehearing, inform clients | 0.20 | **NT** | **Y** | **N** | 0 | $350 | $0.00 |
| 9/21/2011 | A | Mandate / Judgment in | 0.10 | **NT** | **Y** | **N** | 0 | $350 | $0.00 |
| | | **TOTAL** | | | | | **1,037.65** | | **$371,522.50** |

| Subtotals | | | | | Hours | Rate | Fee |
|---|---|---|---|---|---|---|---|
| **Trial** | | | | | **83.45** | **$450** | **$37,552.50** |
| **Non-Trial** | | | | | **954.2** | **$350** | **$333,970.00** |
| **TOTAL** | | | | | **1037.65** | | **$371,522.50** |