```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MICHAEL McKENNA,                  :     CIVIL ACTION
WILLIAM McKENNA, and              :
RAYMOND CARNATION                 :
                                  :
          v.                      :
                                  :
CITY OF PHILADELPHIA              :     NOS. 98-5835, 99-1163
```

ORDER

AND NOW, this 25th day of October, 2012, upon consideration of the petitions for attorney's fees filed in this case (Docket Nos. 169, 243, 334, and 372 in 99-1163), the opposition and reply thereto, IT IS HEREBY ORDERED that, for the reasons stated in a memorandum of law bearing today's date, the petitions are GRANTED in part and DENIED in part.

The Defendant City of Philadelphia shall pay $371,522.50 directly to Brian Puricelli, $ 15,900 directly to Theodore Kravitz, and $24,050 directly to Annette Oakley.  In all other respects, the motions are DENIED.  The Motion to Intervene filed by Ms. Oakley (Docket No. 363 in 99-1163) is DENIED as moot.


                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.